IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PETROLEUM SALES, INC., | No. C 05-3526 SBA (MEJ) |
| Plaintiff(s), | |
| vs. | **ORDER RE: APRIL 19, 2006 JOINT DISCOVERY DISPUTE LETTER** |
| VALERO REFINING COMPANY - CALIFORNIA, et al. | |
| Defendant(s). | |

The Court is in receipt of the parties' joint discovery dispute letter, filed April 19, 2006. Doc. #33. Upon review of the letter, it is unclear what relief the parties seek. Moreover, the letter appears to address at least 15 separate disputes, all in the space of one five-page letter. To clarify what they seek, the Court hereby ORDERS the parties to re-submit their disputes in a manner that will more readily assist the Court in resolving them. Specifically, for each discovery request, the propounding or objecting party shall state the specific relief they seek. As the April 19 letter addresses requests for production, interrogatories, and requests for admission, the Court requests that the parties file more than one joint letter, with each letter limited either by category of discovery or by topic.

**IT IS SO ORDERED.**

Dated: April 20, 2006

MARIA-ELENA JAMES
United States Magistrate Judge