1  PILLSBURY WINTHROP SHAW PITTMAN LLP
   ROBERT C. PHELPS #106666
2  robert.phelps@pillsburylaw.com
   RANAH L. ESMAILI #233477
3  ranah.esmaili@pillsburylaw.com
   50 Fremont Street
4  Post Office Box 7880
   San Francisco, CA 94120-7880
5  Telephone: (415) 983-1000
   Facsimile: (415) 983-1200
6
   Attorneys for Plaintiff
7  CHEVRON U.S.A. INC.

8                   UNITED STATES DISTRICT COURT

9                  NORTHERN DISTRICT OF CALIFORNIA

10                         OAKLAND DIVISION

11

12  PETROLEUM SALES, INC.,                )  No. C-05-3526 SBA
                                          )
13                     Plaintiff,         )  STIPULATION AND [PROPOSED]
                                          )  ORDER EXTENDING TIME TO
14      vs.                               )  COMPLETE VOLUNTARY ADR
                                          )  PROCEDURE
15  VALERO REFINING COMPANY-              )
    CALIFORNIA, VALERO MARKETING          )
16  AND SUPPLY COMPANY, and DOES 1        )
    through 20,                           )
17                                        )
                       Defendants.        )
18  _____)

19
        Plaintiff PETROLEUM SALES, INC. and Defendants VALERO REFINING
20
    COMPANY-CALIFORNIA and VALERO MARKETING AND SUPPLY COMPANY,
21
    through their respective counsel, and following discussions with the assigned mediator in
22
    this matter (R. Stephen Goldstein, Esq.), hereby jointly request that the Court extend the
23
    time for completion of voluntary ADR to September 29, 2006, for the reasons set forth
24
    below.
25
        The parties have agreed to a voluntary mediation of this dispute and have been
26
    assigned to R. Stephen Goldstein, Esq., of Goldstein, Gellman, Melbostad, Gibson &
27
    Harris, LLP, 1388 Sutter Street, Suite 1000, San Francisco CA 94109-5494. This request
28

1  for additional time for completion of mediation comes as a result of discussions with Mr.
2  Goldstein regarding the likelihood of settlement at mediation at this time, given the posture
3  of the case.
4      The parties' discovery efforts were delayed by various disputes that resulted in
5  motions heard by Magistrate Judge Maria-Elena James.  Judge James ruled on those
6  disputes on May 3, 2006.  While Plaintiff expressed a willingness to go forward with
7  mediation prior to the May 31, 2006 cutoff, Defendants believed that the parties' discovery
8  efforts have not progressed to a point where a meaningful mediation could take place.
9  Moreover, the date proposed for the mediation by Mr. Goldstein (May 26, 2006) was
10 impractical for Defendants.  That date is the Friday of the Memorial Day weekend, and
11 travel from San Antonio, TX, for Defendants' corporate representative was impractical.
12     For the foregoing reasons, the parties respectfully request that the deadline for
13 completing mediation be extended to September 29, 2006.
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

1  Dated: May 25, 2006.

2  PILLSBURY WINTHROP SHAW PITTMAN LLP
   ROBERT C. PHELPS
3  RANAH L. ESMAILI
   50 Fremont Street
4  Post Office Box 7880
   San Francisco, CA 94120-7880
5

6
   By /s/ Robert C. Phelps
7  _____
   Robert C. Phelps

8  Attorneys for Defendants
   VALERO REFINING COMPANY-
9  CALIFORNIA and VALERO MARKETING
   AND SUPPLY COMPANY.
10

11 Dated: May 25, 2006.

12 DANE J. DURHAM
   12989 Occidental Road
13 Sebastopol, CA 95472

14

15 By _____
   Dane J. Durham
16
   Attorney for Plaintiff
17 PETROLEUM SALES, INC.

18

19

20  Based upon the representations of counsel herein and good cause appearing, it is

21 hereby ORDERED that the deadline for completion of voluntary ADR proceedings in this

22 case is extended to September 29, 2006.

23
   Dated: _____, 2006.
24

25

26
   By _Saundra B. Armstrong_____
27 Hon. Saundra Brown Armstrong
   United States District Court Judge
28

700464865v1                                - 3 -                      STIPULATION AND [PROPOSED] ORDER
                                                                         EXTENDING TIME TO COMPLETE VOLUNTARY
                                                                                              ADR PROCEDURE
                                                                                       Case No. C-05-3526 SBA