Dane J. Durham
Attorney at Law
12989 Occidental Road
Sebastopol, CA 95472
Tel: (707) 874-1860
Fax:(707) 874-1880
email: danejdurham1@comcast.net

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| PETROLEUM SALES, INC., <br><br> Plaintiff, <br><br> vs. <br><br> VALERO REFINING COMPANY-CALIFORNIA, et al., <br><br> Defendants | Case No.: C-05-3526 SBA <br><br> STIPULATION AND ~~PROPOSED~~ ORDER EXTENDING TIME TO COMPLETE MEDIATION |

Plaintiff Petroleum Sales, Inc. and defendants Valero Refining Company-California and Valero Marketing and Supply Company, through their respective counsel, and following discussions with the assigned mediator in this action (R. Stephen Goldstein, Esq.), hereby jointly request that the Court extend the time to complete mediation to November 10, 2006, for the reasons stated below.

Following discussions among counsel and the mediator, Mr. Goldstein has scheduled the mediation in his office on November 8, 2006. A copy of Mr. Goldstein's confirming letter is attached.

By order dated June 14, 2006, this Court extended the time for completion of mediation to September 29, 2006.

The parties have noticed additional depositions which should be completed before October 20, 2006. Disclosure of experts is due October 13, 2006. Plaintiff's experts are currently analyzing economic data which were produced by defendants on September 22, 2006. Plaintiff cannot fully evaluate this case and prepare for mediation until its experts have completed that analysis. Plaintiff has asked defendants to stipulate to extend the deadline to exchange expert reports until October 31, 2006. Expert discovery will close on November 15, 2006.

For the foregoing reasons, the parties respectfully request that the deadline to complete mediation be extended to November 10, 2006.

Dated: September 26, 2006           /s/ Dane J. Durham
                                    Attorney for Plaintiff


Dated: September __, 2006           /s/ Robert J. Phelps
                                    Attorney for Defendants
                                    Valero Refining Company-California
                                    and Valero Marketing and Supply
                                    Company


## PROPOSED ORDER

Based upon the representations of counsel herein, and good cause appearing, it is hereby ORDERED that the deadline to complete mediation in this action is extended to November 10, 2006.

Dated: September 29, 2006

By _____
Hon. Saundra Brown Armstrong
United States District Court Judge