| | |
|---|---|
| 1 | PILLSBURY WINTHROP SHAW PITTMAN LLP |
| | ROBERT C. PHELPS #106666 |
| 2 | robert.phelps@pillsburylaw.com |
| | RANAH L. ESMAILI # 233477 |
| 3 | ranah.esmaili@pillsburylaw.com |
| | 50 Fremont Street |
| 4 | Post Office Box 7880 |
| | San Francisco, CA 94120-7880 |
| 5 | Telephone: (415) 983-1000 |
| | Facsimile: (415) 983-1200 |
| 6 | |
| 7 | Attorneys for Defendants |
| | VALERO REFINING COMPANY-CALIFORNIA |
| | and VALERO MARKETING AND SUPPLY COMPANY |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | | |
|---|---|---|
| PETROLEUM SALES, INC., | ) | No. C 05-3526 SBA |
| | ) | |
| Plaintiff, | ) | [PROPOSED] ORDER GRANTING |
| | ) | DEFENDANTS' ADMINISTRATIVE |
| vs. | ) | APPLICATION TO FILE |
| | ) | DOCUMENTS UNDER SEAL |
| VALERO REFINING COMPANY – | ) | |
| CALIFORNIA, VALERO MARKETING | ) | Date: December 12, 2006 |
| AND SUPPLY COMPANY, and DOES 1 | ) | Time: 1:00 P.M. |
| through 20, | ) | Courtroom: 3 |
| | ) | |
| Defendants. | ) | |

700556261v1

[PROPOSED] ORDER GRANTING DEFENDANTS'
ADMIN. APPLICATION TO FILE DOCS UNDER SEAL
Case No. C 05-3526 SBA

Pursuant to Local Rules 79-5 and 7-11, Defendants Valero Refining Company-California and Valero Marketing and Supply Company submitted an application to file the following documents under seal:

1. Exhibit A to the Declaration of Robert C. Phelps in Support of Defendants' Motion for Summary Judgment ("Phelps Declaration"): Map of price zone 071V, which includes the Valero branded station located at 930 Del Presidio Blvd., San Rafael, California. (Designated Attorneys Eyes Only by third party MPSI Inc. under Protective Order)

2. Exhibit B to the Phelps Declaration: Map of price zone 201C, which includes the Valero branded station located at 2296 Westborough Blvd., South San Francisco, California. (Designated Attorneys Eyes Only by third party MPSI Inc. under Protective Order)

3. Exhibit C to the Phelps Declaration: Map of price zone 072B, which includes the Valero branded station located at 1690 Sullivan Avenue, Daly City, California. (Designated Attorneys Eyes Only by third party MPSI Inc. under Protective Order)

4. Exhibit D to the Phelps Declaration: Map of price zone 201F, which includes the Valero branded station located at 2601 Lombard Street, San Francisco, California. (Designated Confidential Attorneys Eyes Only by third party MPSI Inc. under Protective Order)

5. Exhibit E to the Phelps Declaration: Deposition testimony of Loyd Dane Williams as 30(b)(6) witness on behalf of Valero Marketing and Supply Company. (Designated Confidential under Protective Order)

6. Exhibit F to the Phelps Declaration: Deposition testimony of Loyd Dane Williams, Individually. (Designated Confidential under Protective Order)

7. Exhibit G to the Phelps Declaration: Deposition testimony of Roberto Barrantes. (Designated Confidential under Protective Order)

8. Exhibit H to the Phelps Declaration: Deposition testimony of Blair Skellie.

1  (Designated Confidential under Protective Order)

2       9.    Exhibit I to the Phelps Declaration: Memorandum written by Roberto
3  Barrantes, marked Exhibit 9 to the Williams deposition. (Designated Confidential under
4  Protective Order)

5

6       Good cause appearing, it is SO ORDERED.

7

8  Dated: 11-3 , 2006.
9                              By  /s/ Saundra B. Armstrong
10                                 United States District Court Judge