| | |
|---|---|
| 1 | PILLSBURY WINTHROP SHAW PITTMAN LLP |
|  | ROBERT C. PHELPS #106666 |
| 2 | robert.phelps@pillsburylaw.com |
|  | RANAH L. ESMAILI #233477 |
| 3 | ranah.esmaili@pillsburylaw.com |
|  | 50 Fremont Street |
| 4 | Post Office Box 7880 |
|  | San Francisco, CA 94120-7880 |
| 5 | Telephone: (415) 983-1000 |
|  | Facsimile: (415) 983-1200 |
| 6 | |
|  | Attorneys for Defendants |
| 7 | VALERO REFINING COMPANY-CALIFORNIA |
|  | and VALERO MARKETING AND SUPPLY COMPANY |
| 8 | |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | | |
|---|---|---|
| PETROLEUM SALES, INC., | ) | No. C-05-3526 SBA |
| | ) | |
| Plaintiff, | ) | STIPULATION AND [PROPOSED] |
| | ) | ORDER EXTENDING DEADLINE |
| vs. | ) | FOR COMPLETION OF |
| | ) | SETTLEMENT CONFERENCE |
| VALERO REFINING COMPANY- | ) | |
| CALIFORNIA, VALERO MARKETING | ) | |
| AND SUPPLY COMPANY, and DOES 1 | ) | |
| through 20, | ) | |
| | ) | |
| Defendants. | ) | |

Plaintiff PETROLEUM SALES, INC. and Defendants VALERO REFINING COMPANY-CALIFORNIA and VALERO MARKETING AND SUPPLY COMPANY (the "Parties"), through their respective counsel, hereby jointly request that the Court extend the deadline for the parties to participate in a mandatory Settlement Conference in this matter.

On January 6, 2006, this Court entered its Order for Pretrial Preparation in this action ordering the Parties to participate in a mandatory settlement conference by December 22, 2006, among other things. *See* Order for Pretrial Preparation, Dkt. 20. The

700582258v1                                     - 1 -                    STIPULATION AND [PROPOSED] ORDER
                                                                          EXTENDING DEADLINE TO PARTICIPATE IN
                                                                          SETTLEMENT CONFERENCE
                                                                          Case No. C-05-3526 SBA

Dockets.Justia.com

1   Parties are currently scheduled to participate in a Settlement Conference before the
2   Honorable Magistrate Judge Chen on December 14, 2006.
3          On October 27, 2006, Defendants filed a motion for summary judgment in this
4   matter. The motion is scheduled to be heard on December 19, 2006 – four days after the
5   Settlement Conference. On November 8, 2006, the parties participated in a court-sponsored
6   mediation. While no agreement was reached at the mediation, the parties agreed to further
7   explore potential settlement options.
8          The Parties believe that it would be more productive to recommence their settlement
9   discussions after the December 19 hearing on Defendants' motion for summary judgment.
10  For the foregoing reason, the Parties respectfully request that this Court extend the deadline
11  to participate in a mandatory Settlement Conference until January 19, 2007. The parties
12  have contacted Magistrate Judge Chen's chambers and have been advised that the proposed
13  new date is available.
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

1  Dated: December 8, 2006.

2  PILLSBURY WINTHROP SHAW PITTMAN LLP
   ROBERT C. PHELPS
3  RANAH L. ESMAILI
   50 Fremont Street
4  Post Office Box 7880
   San Francisco, CA 94120-7880

5

6

7  By _____/s/_____
            Robert C. Phelps

8  Attorneys for Defendants
   VALERO REFINING COMPANY-
9  CALIFORNIA and VALERO MARKETING
   AND SUPPLY COMPANY.
10

11  Dated: December 8, 2006.

12  DANE J. DURHAM
    12989 Occidental Road
13  Sebastopol, CA 95472

14

15  By _____/s/_____
            Dane J. Durham
16

17  Attorney for Plaintiff
    PETROLEUM SALES, INC.

18

19

20  Based upon the representations of counsel herein and good cause appearing, it is
21  hereby ORDERED that the deadline for the Parties to participate in a Settlement
22  Conference be extended to January 19, 2007.

23
    Dated: _12-11-____, 2006.
24

25

26

27  By _____*(signature)*_____
       Hon. Saundra Brown Armstrong
28     United States District Court Judge

700582258v1    - 3 -    STIPULATION AND [PROPOSED] ORDER
                        EXTENDING DEADLINE TO PARTICIPATE IN
                        SETTLEMENT CONFERENCE
                        Case No. C-05-3526 SBA