1   PILLSBURY WINTHROP SHAW PITTMAN LLP
    ROBERT C. PHELPS #106666
2   robert.phelps@pillsburylaw.com
    RANAH L. ESMAILI # 233477
3   ranah.esmaili@pillsburylaw.com
    50 Fremont Street
4   Post Office Box 7880
    San Francisco, CA  94120-7880
5   Telephone: (415) 983-1000
    Facsimile: (415) 983-1200
6
    Attorneys for Defendants
7   VALERO REFINING COMPANY-CALIFORNIA
    and VALERO MARKETING AND SUPPLY COMPANY
8

9                   UNITED STATES DISTRICT COURT

10                 NORTHERN DISTRICT OF CALIFORNIA

11                      OAKLAND DIVISION

12

13  _____

14  PETROLEUM SALES, INC.,                )   No. C 05-3526 SBA
                                          )
15                      Plaintiff,        )   DECLARATION OF ROBERT C.
                                          )   PHELPS IN SUPPORT OF MOTION
16          vs.                           )   FOR AWARD OF ATTORNEYS'
                                          )   FEES
17  VALERO REFINING COMPANY –             )
    CALIFORNIA, VALERO MARKETING          )
18  AND SUPPLY COMPANY, and DOES 1        )   Date:  March 6, 2007
    through 20,                           )   Time:  1:00 P.M.
19                                        )   Courtroom: 3
                        Defendants.       )
20  _____   )

21

22

23

24

25

26

27

28

700591650v1

1    I, <u>ROBERT C. PHELPS</u>, declare as follows:

2    1.    I am an attorney licensed to practice before this Court and all courts of the

3    State of California. I am a member of the law firm of Pillsbury Winthrop Shaw Pittman

4    LLP, counsel for Defendants Valero Refining Company – California and Valero Marketing

5    and Supply Company ("Defendants") in the above captioned matter. I have actual

6    knowledge of the matters stated in this declaration and could and would so testify if called

7    as a witness. I make this declaration in support of Defendants' application for fees and

8    costs and to provide the information set forth in Civil Local Rule 54-6(b).

9    2.    Defendants submit that they should recover from Plaintiff the fees and costs

10   Defendants actually incurred in this matter. Defendants do not seek recovery for any

11   amounts they did not actually incur.

12   3.    Attached hereto as Exhibit A are true and correct copies of portions of

13   exemplars of the Contract Dealer Account Supply Agreement and the Contract Dealer

14   Account Identifications and Equipment Agreement. Complete copies of these agreements

15   are attached (and filed under seal) as Exhibit R to the Declaration of Robert C. Phelps In

16   Support of Defendants' Motion for Summary Judgment (Dkt. No. 72).

17   **Local Rule 54-6(b)(1) statement.**

18   4.    On December 27, 2006, I spoke with Dane Durham, counsel for Plaintiff.

19   We discussed the proposed motion. I advised Mr. Durham of the grounds on which

20   Defendants would be seeking a fee award. I asked Mr. Durham if he had any questions

21   regarding the proposed motion and he told me he did not.

22   **Civ. L.R. 54-6(b)(2) Statement**

23   5.    Attached hereto as Exhibit B is a true and correct summary of all charges my

24   firm billed Defendants for handling this matter. I have redacted certain work descriptions

25   that disclose the substance of attorney work product or attorney client communications.

26   This summary reflects all amounts actually billed to Defendants for this matter, with one

27   exception. The time entries for work done in December 2006, have not yet been billed to

28

1    Defendants.  This is solely due to the fact that the month of December has not ended and

2    my firm's bills for December time have not been sent out.  However, I anticipate that any

3    December time reflected in Exhibit B will be billed to Defendants in the ordinary course of

4    business in early January 2007, and will be paid by Defendants in the ordinary course of

5    business.

6           6.        This report was generated from the time-keeping system used by Pillsbury

7    Winthrop Shaw Pittman in the ordinary course of its business.  Contemporaneous time

8    records are kept daily by all timekeepers (attorneys, paralegals, litigation support

9    personnel).  Billing is normally done in tenth of an hour increments, and tasks are separated

10   according to standard ABA Task Codes.  In certain circumstances, Pillsbury Winthrop

11   chose not to bill Defendants for work actually done.  That work is reflected in the report

12   with 0.00 listed as the number of billed hours.  Defendants do not seek recovery of any

13   additional fees relating to work for which Defendants were not charged.

14          7.        Based on the ABA Task Codes, the billable time incurred in this matter

15   breaks down as follows:

| Task Code | Description | Hours | % of Total | Fees |
|---|---|---|---|---|
| L110 | Fact investigation/development | 16.80 | 1.70% | $ 8,706.50 |
| L120 | Analysis/strategy | 27.60 | 2.79% | $ 11,944.00 |
| L140 | Document/file management | 8.00 | 0.81% | $ 1,225.00 |
| L160 | Settlement | 18.70 | 1.89% | $ 8,958.50 |
| L210 | Pleadings | 11.80 | 1.19% | $ 5,573.00 |
| L230 | Court mandated conferences | 28.20 | 2.85% | $ 10,456.00 |
| L240 | Dispositive motions | 111.90 | 11.31% | $ 54,241.50 |
| L250 | Other written motions or submissions | 39.80 | 4.02% | $ 22,885.00 |
| L310 | Written discovery | 159.00 | 16.08% | $ 68,233.00 |
| L320 | Document production | 318.00 | 32.15% | $105,240.50 |
| L330 | Depositions | 140.90 | 14.25% | $ 75,559.50 |
| L340 | Expert depositions | 27.10 | 2.74% | $ 15,582.50 |
| L350 | Discovery motions | 80.20 | 8.11% | $ 32,957.00 |
| L390 | Other discovery | 1.00 | 0.10% | $ 515.00 |
| | | 989.00 | | $422,077.00 |

16

17

18

19

20

21

22

23

24

25

26

27

28

MEM. IN SUPPORT OF PLAINTIFF'S MOTION FOR
SUMMARY JUDGMENT
Case No. C 05-3276 WHA

1        8.        Defendants were billed on this matter at the customary hourly rates my firm

2    charges Defendants.

3        9.        For the Court's convenience, following is a "key" to certain names that

4    appear repeatedly in the time records:

5        Karen Thompson – in house legal counsel for Defendants

6        Melody Morris – in house legal counsel for Defendants

7        Elliot Bowytz – in house legal counsel for Defendants

8        Brenda Trumbull – in house paralegal for Defendants

9        Teresa Haverfield-Schwartz – in house paralegal for Defendants

10       Marshall Wells – attorney for non-party MPSI Systems

11       Brendan Patrick – litigation support, Pillsbury Winthrop

12       Tim Mayfield – litigation support, Pillsbury Winthrop

13       Donna Hunter – paralegal, Pillsbury Winthrop

14       Robert D'Arcy – paralegal, Pillsbury Winthrop

15       Jan Molitor – paralegal, Pillsbury Winthrop

16       10.       In addition, there are several references in the time records to "Ishaq" or the

17   "Ishaq case." These entries refer to a separate lawsuit pending in San Francisco Superior

18   Court in which PSI is a plaintiff and Valero a defendant.  Because discovery requests in this

19   matter overlapped in some instances with discovery requests in the *Ishaq* case, Defendants'

20   counsel in this matter worked with attorneys at Latham & Watkins (the law firm

21   representing Defendants in *Ishaq*) from time to time to avoid duplication of effort.

22       11.       Defendant Valero Refining Company-California ("Valero Refining") was

23   the original signatory to the contracts with Plaintiff, and that Valero Refining subsequently

24   assigned its interests in the contracts to Valero Marketing.  While Valero Refining did not

25   have a contractual relationship with Plaintiff during the relevant time period—indeed, that

26   fact formed the basis for summary judgment in Valero Refining's favor—this lawsuit arose

27

28

1    out of the contracts originally between Plaintiff and Valero Refining.  In any event, little (if

2    any) incremental work in defending the case was done solely on behalf of Valero Refining.

3                                **Civ. L.R. 54-6(b)(3) Statement**

4         12.    I am the lead attorney who was responsible for handling this matter on

5    behalf of Defendants.  I am a 1982 graduate of the University of Minnesota Law School

6    and have been a member of the California Bar since 1982.  I am admitted to all state and

7    federal courts in California, as well as the U.S. Fourth and Ninth Circuit Courts of Appeals

8    and the United State Supreme Court.  I have been a partner in Pillsbury Winthrop Shaw

9    Pittman since 1995.  From 2000-2002, I was a partner in the firm of Skjerven, Morrill,

10   MacPherson LLP in San Francisco.  I rejoined Pillsbury as a partner in 2003.  My

11   customary hourly billing rate, which increased over the course of this action (and which

12   was charged in this matter), ranged from $515/hour to $575/hour.

13        13.    I have represented plaintiffs and defendants in antitrust and unfair business

14   practices cases for my entire career.  For approximately 15 years, I have specialized in

15   representing oil companies in franchise, antitrust and unfair business practices cases

16   relating to the operations of service stations.  I have handled such matters in arbitrations and

17   in state and federal trial courts in California, Hawaii, Nevada, Texas, Louisiana, Florida,

18   Georgia and Alaska.  In addition to my work for Defendants in this matter, I have

19   represented Chevron U.S.A. Inc., in service station and antitrust cases before the California

20   Court of Appeal, the U.S. Fourth Circuit Court of Appeals, the U.S. Ninth Circuit Court of

21   Appeals and the U.S. Supreme Court.

22        14.    I am the author of "Business & Professions Code Section 17200: Taking A

23   'Fairness' Case to Judgment," published in Vol. 8, No. 2 of *Competition,* the journal of the

24   Antitrust and Unfair Competition Law Section of the State Bar of California.  In 1998, I

25   successfully defended Chevron U.S.A. Inc., in a nationwide class action brought by current

26   and former Chevron dealers who claimed they were cheated because Chevron allegedly

27   included a hidden rent charge in the price they paid for gasoline.  I was co-lead counsel in

28

1    the jury phase of the case (resolved in Chevron's favor after a three month trial) and led

2    Chevron's successful defense of plaintiffs' claim under section 17200. That claim sought

3    more than $1 billion in monetary relief. *See Lowe, et al. v. Chevron U.S.A. Inc.*, CCH

4    Business Franch. Guide, ¶ 11,572 (San Francisco Superior Court, 1998).

5         15.    I was principally assisted in defending this matter by Ranah L. Esmaili, an

6    associate attorney at Pillsbury Winthrop. Ms. Esmaili is a 2004 graduate of Boalt Hall.

7    Along with her J.D. from Boalt, she received a joint M.A. degree in International Relations

8    and International Economics from the Paul H. Nitze School of Advanced International

9    Studies at Johns Hopkins University. Ms. Esmaili's customary hourly billing rate, billing

10   rate, which increased over the course of this action (and which was charged in this matter),

11   ranged from $235/hour to $365/hour.

12        16.    In March 2006, during the heavy document review/production phase of the

13   case, Ms. Esmaili and I were also assisted by then Pillsbury Winthrop associate attorney

14   Elizabeth Stone in reviewing documents potentially responsive to Plaintiff's multiple

15   document requests. Ms. Stone is a member of the California Bar and a 2005 graduate of the

16   Hastings College of the Law. Ms. Stone's customary hourly billing rate, which was

17   charged in this matter, was $265/hour.

18        17.    To manage, review and produce documents potentially responsive to

19   Plaintiff's multiple document requests, we used a computer based litigation support

20   program known as Concordance. Documents to be reviewed were loaded on Concordance

21   and reviewed by Pillsbury Winthrop attorneys for responsiveness and possible privilege

22   issues. Documents were produced to Plaintiff's counsel in electronic (.pdf) format. Those

23   electronic productions were generated from the Concordance database. Pillsbury Winthrop

24   litigation support personnel (principally Mr. Brendan Patrick and Mr. Tim Mayfield) were

25   responsible for physically loading the documents onto Concordance, managing the

26   databases and creating the electronic production media (CD-ROMs). Pillsbury's

27   customary hourly charge for litigation support services is $200/hour. Additional paralegal

28

1    support was provided by Robert D'Arcy and Donna Hunter, whose customary hourly

2    billing rates, which were charged in this matter, were $185/hour and $125/hour,

3    respectively.

4        18.    In the interest of efficiency, Ms. Esmaili and I divided the work load in this

5    case. I took primary responsibility for defending the depositions Plaintiff took of Valero

6    personnel and for deposing the Plaintiff's president (Mr. Shimek) and other key witnesses

7    for Plaintiff, including all three of the Rule 26 expert witnesses designated by Plaintiff. Ms.

8    Esmaili also deposed certain witnesses identified by Plaintiff. In addition, she was

9    principally responsible for responding to Plaintiff's multiple written discovery requests and

10   drafting responses to all of the discovery motions filed by Plaintiff.

11       19.    I was the principal author of Defendants' summary judgment papers. Ms.

12   Esmaili assisted, and was responsible for Defendants' objections to the evidence submitted

13   with Plaintiff's opposition to Defendants' summary judgment motion (discussed at pp. 9-18

14   of the Court's summary judgment opinion).

15       20.    Some work was also done on behalf of Defendants by Bruce McDiarmid,

16   Esq. Mr. McDiarmid represented Defendants in pre-litigation discussions/negotiations with

17   Plaintiff that led up to Valero Marketing and Supply Company's November 2003 decision

18   to temporarily withdraw Facilities Allowances paid to Plaintiff. Mr. McDiarmid assisted in

19   locating documents relevant to that time period and also provided background information

20   and guidance regarding the underlying dispute.

21       21.    Mr. McDiarmid is a 1974 graduate of Harvard Law School. He is the leader

22   of Pillsbury Winthrop's Franchising & Distribution Practice Team. He represents a wide

23   range of clients in the marketing and distribution of goods and services. His practice focus

24   includes the drafting of distributor, dealer and franchise agreements, compliance with

25   antitrust, franchise and other trade regulation laws, the purchase and sale of businesses

26   engaged in the marketing and distribution of goods and services, dealer relations, credit

27   matters and analysis and lobbying of proposed legislation relating to marketing and

28

1    distribution matters.  Mr. McDiarmid's customary hourly billing rate, which was charged in

2    this matter, is $740/hour.

3          22.     Defendants' discovery was closely focused on the issues in this case.

4    Defendants propounded only one set of interrogatories and two sets of document requests.

5    Though Plaintiff's responses to Defendants' interrogatories identified a total of 40 potential

6    witnesses, Defendants took only seven fact witness depositions, none of which lasted more

7    than a single day.  Defendants deposed PSI's owner (Mr. Shimek), its former general

8    manager (Mr. Trimble), its bookkeeper/accountant (Ms. Paul), the contractor with whom

9    Plaintiff worked to install credit card processing systems at Plaintiffs' four service stations

10   (Ms. Scarola), its supervisor and general managers familiar with the circumstances

11   surrounding Plaintiff's decision to use its own processing system (Robert Gargollo, Edy

12   Diaz and Luis Valencia).  Mr. Valencia, whose deposition was scheduled on the same day

13   as another deponent, failed to appear.

14         23.     From December 31, 2005 to August 29, 2006, Plaintiff propounded twenty-

15   one (21) separate sets of discovery requests –13 sets of document requests, 5 sets of

16   interrogatories and 3 sets of requests for admission.  Plaintiff served these requests

17   piecemeal, often propounding only a few requests at a time and only weeks or even days

18   apart. For instance, after propounding its first twenty-five document requests in December

19   2005, Plaintiff then propounded another eight (on April 3, 2006), two more (on May 23,

20   2006), four more (on June 8, 2006), two more (on June 16, 2006), four more (on June 26,

21   2006), three more (on July 10, 2006), eight more (on July 29, 2006), two more (on August

22   2, 2006), five more in two distinct sets (on August 5, 2006), and three more (on August 29,

23   2006).  This burdensome manner of propounding discovery requests drove of the pre-trial

24   costs for Defendants substantially.

25         24.     Plaintiff also pursued an expensive discovery motion practice.  Plaintiff

26   brought seven separate discovery motions in the form of Discovery Dispute Letters, each

27   disputing anywhere from two to seventeen of Defendants' discovery responses.  *See*

28   700591650v1                                  - 7 -

1    Discovery Dispute Letters to Magistrate Judge James, Dkt. 36, filed April 27, 2006; Dkt.

2    37, filed April 27, 2006; Dkt. 38, filed April 27, 2006; Dkt. 39, filed April 27, 2006; Dkt.

3    48, filed August 19, 2006; Dkt. 49, filed April 28, 2006; Dkt. 52, filed September 25, 2006.

4    Defendants, on the other hand, brought none.  Plaintiff only partially prevailed on one of its

5    motions.  *See* Order re Plaintiff's Request for Production of Documents, Dkt. 51, entered

6    September 18, 2006.  Magistrate Judge James ruled against Plaintiff on the rest.  *See* Orders

7    re: Discovery Dispute Letters, Dtk. 40, entered May 3, 2006; Dkt. 50, September 11, 2006;

8    Dkt. 55, entered October 24, 2006.

9           25.     These discovery disputes were initiated solely by Plaintiff.  Each time a

10   dispute arose, counsel for Defendants was required to meet-and-confer in person with

11   counsel for Plaintiff to attempt to resolve the dispute and, once such efforts proved

12   unsuccessful, to draft an insert into the Discovery Dispute Letters prepared by counsel for

13   Plaintiff setting forth Defendants' position on the dispute.  *See* Notice of Reference, Dkt.

14   32, entered April 6, 2006; Magistrate Judge James' Standing Order re Discovery, ¶ 3

15                          **Reimbursement for Additional Costs**

16          26.     Defendants also seek reimbursement of additional costs not otherwise

17   recoverable under Civ. L.R. 54-3.

18          27.     Plaintiff designated three expert witnesses (Messrs. Morse/Retail Petroleum

19   Consultants, Inc.; Trimble and Ben-Zion).  Defendants incurred expenses in connection

20   with those depositions, as the expert witnesses billed Defendants the following amounts for

21   their depositions:

22          Michael Trimble                    $  185.41

23          Retail Petroleum Consultants, Inc.   $1,988.40

24          Dr. Barry Ben-Zion                   $2,280.00

25          TOTAL                               $4,453.81

26          28.     Attached hereto as Exhibits C to E are true and correct copies of invoices

27   received from Plaintiff's experts.  These invoices have been paid.

28

1       I declare under penalty of perjury that the foregoing is true and correct and that this

2   declaration was executed this 28th day of December, 2006 in San Francisco, California.

3

4

5                                   By    /s/ Robert C. Phelps

6                                          Robert C. Phelps

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**EXHIBIT A**

VALERO PROPRIETARY R/S#: 73673 (VEC #155)

## ARTICLE 22: HEADINGS

The headings of the Articles and Sections of this SUPPLY AGREEMENT exist for convenience only and do not in any way explain, limit, amplify, or otherwise affect the rights, obligations, and agreements contained in this SUPPLY AGREEMENT.

## ARTICLE 23: NOTICES

### Section 23.1.  Proper Methods

Except where specifically required otherwise in this SUPPLY AGREEMENT, the following must occur to meet the requirement for due notice:

(A)   The party giving notice must post to the other party a properly addressed written message by certified mail, with return receipt requested, and with adequate postage;

(B)   The party giving notice must send to the other party a properly addressed written message by a nationally recognized overnight carrier; or

(C)   The party giving notice must have a written message personally delivered to the address of the other party.

### Section 23.2.  Date

The date of posting proper notice by certified mail, sending proper notice by overnight carrier, or of making personal delivery to the address of the other party, will constitute the date of giving the notice, except for change of address, which must be received by the other party to be effective and becomes effective the date of its receipt.

### Section 23.3.  Addresses

Notices should be given to VALERO at One Valero Place, San Antonio, TX  78212-3196, Attention: Vice President, Retail Marketing and to DEALER at PREMISES.

## ARTICLE 24: SAFETY AND HEALTH INFORMATION

VALERO has furnished DEALER information including, but not limited to, Material Safety Data Sheet(s) concerning the safety and health aspects of PRODUCTS and/or containers for PRODUCTS. DEALER agrees to communicate information and warnings to all persons DEALER can reasonably foresee may be exposed to or may handle PRODUCTS and/or containers for PRODUCTS including, but not limited to, DEALER's employees, agents, contractors, and customers.

## ARTICLE 25: SIGNATURES REQUIRED

No part of this SUPPLY AGREEMENT is valid or binding on the parties unless this SUPPLY AGREEMENT is signed by both DEALER and VALERO's authorized designee or other employee with authority to execute this agreement for VALERO.

## ARTICLE 26: REIMBURSEMENT OF COSTS

In the event of any lawsuit between VALERO and DEALER arising out of or relating to the transactions or relationship contemplated by this SUPPLY AGREEMENT (regardless of whether such action alleges breach of contract, tort, violation of a statute or any other cause of action), the substantially prevailing party shall be entitled to recover its reasonable costs of suit including its reasonable attorneys' fees.  If a party substantially prevails on some aspects of such action but not others, the court may apportion any award of costs or attorneys' fees in such manner as it deems equitable.

PSI0000057

VALERO PROPRIETARY  R/S#: 73573 (VEC #n10551)

### Section 17.3. Addresses

Notices should be given to VALERO at One Valero Place, San Antonio, TX  78212-3196. Attention: Vice President, Retail Marketing and to DEALER at PREMISES.

## ARTICLE 18: SIGNATURES REQUIRED

No part of this ID & EQUIPMENT AGREEMENT is valid or binding on the parties unless this ID & EQUIPMENT AGREEMENT is signed by both DEALER and VALERO's authorized designee or other employee with authority to execute such agreements for VALERO.

## ARTICLE 19: REIMBURSEMENT OF COSTS

DEALER will promptly reimburse VALERO on demand for all costs, fees (including attorneys' and experts' fees), and expenses incurred by VALERO in enforcing its rights or remedies under this ID & EQUIPMENT AGREEMENT.

## ARTICLE 20: SEVERABILITY OF PROVISIONS

### Section 20.1. Intent

Neither party intends to violate statutory or common law.

### Section 20.2. Violative Words Not Binding

If any sentence, paragraph, clause, or combination in this ID & EQUIPMENT AGREEMENT violates or is voided by any LAWS, then the violative words or portions of any sentence, paragraph, clause, or combination will be considered stricken and not binding.

### Section 20.3. Right to Petition

If, in either VALERO's or DEALER's judgment, the binding portions remaining of this ID & EQUIPMENT AGREEMENT do not acceptably define the rights and obligations of the parties, either party may petition a court with jurisdiction to reform the stricken provisions to reflect as much as possible the original intent of the parties.

## ARTICLE 21: LIMITATIONS ON ACTIONS

Any claims or causes of action of DEALER that arise under this ID & EQUIPMENT AGREEMENT will be barred and will be of no effect unless asserted by DEALER in a court of competent jurisdiction not later than one (1) year after the day the basis of the claim or cause of action accrues.

## ARTICLE 22: SURVIVAL

Any covenant, obligation, or liability which arose, may have arisen, or was incurred by VALERO or DEALER as a result of this ID & EQUIPMENT AGREEMENT will survive the expiration, termination, or cancellation of this ID & EQUIPMENT AGREEMENT unless agreed to otherwise in writing by DEALER and VALERO.

## ARTICLE 23: ENTIRE AGREEMENT

### Section 23.1. Integration

23.1.1   THIS ID & EQUIPMENT AGREEMENT (INCLUDING THE ATTACHMENTS, EXHIBITS, AND ADDENDA, IF ANY, WHICH ARE INCORPORATED FOR ALL PURPOSES) CONTAINS THE ENTIRE AGREEMENT

PSI0000085

**EXHIBIT B**

12/27/2006
4:45 PM

WIP Included: Unbilled, Billed
Time Included: Billable, NonBillable, Accountable

**Pillsbury Winthrop Shaw Pittman LLP**
**Time Detail by Matter**

From Transaction Date 8/1/2005  To Transaction Date 12/20/2006

Report: __TIME309
Page: 1

Client: 0000005    Petroleum Sales, Inc. vs.

Matter: 083769    Valero Refining - Texas, L.P.

Bill Atty:  05567    McDiarmid, Bruce W.

| Timekeeper | Tran Date<br>Time # | Post Date | Phase | Task | WIP Stat | Billable<br>Prebill/Bill# | To Bill Hours | To Bill Value | Billed Hours | Billed Value * |
|---|---|---|---|---|---|---|---|---|---|---|
| **Phase_Task_Code: C100** | | | | | | | | | | |
| **Task_Code: C100** | | | | | | | | | | |
| McDiarmid, Bruce W. | | | | | | | | | | |
| Find clean copies of emails from privilege log. | 6/21/2006<br>24693190 | 6/22/2006 | C100 | C100 | Billed | 7253196 | | | 0.30 | $222.00 |
| | | | | | | | | | 0.30 | $222.00 |
| | | | | | TOTAL Timekeeper 05567 | | 0.00 | | 0.30 | $222.00 |
| | | | | | Phtask_Task_Code C100 Totals | | 0.00 | | 0.30 | $222.00 |
| **Phtask_Task_Code: C200** | | | | | | | | | | |
| **Task_Code: C200** | | | | | | | | | | |
| Kerns, Zachary | | | | | | | | | | |
| Assist Robert Phelps in finding a case not yet published. | 10/11/2006<br>25144837 | 10/26/2006 | C200 | C200 | Billable | 7282233 | 0.00 | | | |
| **Phtask_Task_Code: C300** | | | | | | | | | | |
| **Task_Code: C300** | | | | | | | | | | |
| McDiarmid, Bruce W. | | | | | | | | | | |
| Email re conversation with Shimek's lawyer. | 9/27/2005<br>23736806 | 9/29/2005 | C300 | C300 | Billable | 7165900 | 0.00 | | 0.10 | $65.50 |
| Telephone conference with Bob Phelps and Eliot Bowytz re ~~.~~ | 9/19/2006<br>25018174 | 9/20/2006 | C300 | C300 | Billable | 7208160 | 0.00 | | 0.50 | $370.00 |
| Email to Bob Phelps re waiver of consequential damages. | 2/8/2006<br>24232150 | 2/9/2006 | C300 | C300 | Billable | 7282229 | 0.00 | | 0.30 | $222.00 |
| Telephone conference with Ranah Esmaili re original settlement offer to Shimek. | 11/3/2006<br>25194070 | 11/6/2006 | C300 | C300 | Billed | 7290543 | 0.00 | | 0.20 | $148.00 |
| | | | | | TOTAL Timekeeper 05567 | | 0.00 | | 1.10 | $805.50 |

* Billed Value Column does not incorporate any premium or discount amount done at the time of billing.

12/27/2006
4:45 PM

**Pillsbury Winthrop Shaw Pittman LLP**
**Time Detail by Matter**

Report: TIME309
Page: 2

WIP Included: Unbilled, Billed
Time Included: Billable, NonBillable, Accountable

From Transaction Date 8/1/2005   To Transaction Date 12/20/2006

| Client / Matter / Timekeeper | Tran Date / Time # | Post Date | Phase | Task | WIP Stat | Billable Prebill/Bill# | To Bill Hours | To Bill Value | Billed Hours | Billed Value * |
|---|---|---|---|---|---|---|---|---|---|---|
| **Client 01710** | | | | | | | | | | |
| **Phtask_Task_Code: L110** | | | | | | | | | | |
| D'Arcy, Robert W. | | | | | | | | | | |
| 6/14/2006 / 24686401 | 6/20/2006 | L100 | L110 | Billed | Billable 7253196 | 0.00 | | 1.20 | |
| Review legal files and begin preparation of indexed binders of discovery requests and responses | | | | | | | | | | |
| 6/15/2006 / 24686428 | 6/20/2006 | L100 | L110 | Billed | Billable 7253196 | 0.00 | | 1.20 | $222.00 |
| Finish preparation of indexed binder of discovery requests and responses | | | | | | | | | | |
| **TOTAL Timekeeper 01710** | | | | | | | 0.00 | | 1.20 | $222.00 |
| **Matter 03005** | | | | | | | | | | |
| Mollor, Jan | | | | | | | | | | |
| 9/30/2005 / 23760055 | 10/3/2005 | L100 | L110 | Billed | Billable 7165900 | 0.00 | | 0.70 | $360.50 |
| * Review documents regarding refusal to use specified credit card processor. | | | | | | | | | | |
| 10/25/2006 / 25185039 | 11/1/2006 | L100 | L110 | Billed | Billable 7282233 | 0.00 | | 0.00 | |
| Oversee updating of discovery binder. | | | | | | | | | | |
| **Matter 07049** | | | | | | | | | | |
| Phelps, Robert C. | | | | | | | | | | |
| 11/3/2005 / 23954044 | 11/29/2005 | L100 | L110 | Billed | Billable 7183624 | 0.00 | | 0.60 | $309.00 |
| Review correspondence from PSI's counsel and proposed discovery (.5); memo to client re same (.2). | | | | | | | | | | |
| * 12/7/2005 / 24097368 | 1/3/2006 | L100 | L110 | Billed | Billable 7189875 | 0.00 | | 0.30 | $154.50 |
| Correspondence re revisions to plaintiff's damages theory/calculations. | | | | | | | | | | |
| 1/6/2006 / 24195078 | 2/1/2006 | L100 | L110 | Billed | Billable 7200220 | 0.00 | | 1.60 | $920.00 |
| Continue review of documents provided by PSI (1.2); analysis of PSI financial performance while facility allowance was suspended (.4). | | | | | | | | | | |
| **Phtask_Task_Code C300 Totals** | | | | | | | 0.00 | | 1.10 | $805.50 |

* Billed Value Column does not incorporate any premium or discount amount done at the time of billing.

12/27/2006
4:45 PM

WIP Included: Unbilled, Billed
Time Included: Billable, NonBillable, Accountable

**Pillsbury Winthrop Shaw Pittman LLP**
**Time Detail by Matter**

From Transaction Date 8/1/2005  To Transaction Date 12/20/2006

Report: _TIME309
Page: 3

* Billed Value Column does not incorporate any premium or discount amount done at the time of billing.

| Client / Matter / Timekeeper | Tran Date Time # | Post Date | Phase | Task | WIP Stat | Billable Prebill/Bill# | To Bill Hours | To Bill Value | Billed Hours | Billed Value* |
|---|---|---|---|---|---|---|---|---|---|---|
| | 1/18/2006 24195984 | 2/1/2006 | L100 | L110 | Billed | 7200220 | 0.00 | | 1.00 | $575.00 |
| Correspondence re pricing data (.2); telephone conference Melody Morris re work (.2); work on response to PSI discovery requests (.6). | | | | | | | | | | |
| | 2/10/2006 24286907 | 2/28/2006 | L100 | L110 | Billed | 7208160 | 0.00 | | 0.90 | $517.50 |
| Telephone conference Melody Morris and Blair Skellie; review documents. | | | | | | | | | | |
| | 3/2/2006 24423994 | 4/3/2006 | L100 | L110 | Billed | 7218756 | 0.00 | | 3.00 | $1,725.00 |
| Review Blair Skellie deposition | | | | | | | | | | |
| | 3/6/2006 24424988 | 4/3/2006 | L100 | L110 | Billed | 7218756 | 0.00 | | 0.70 | $402.50 |
| Review Skellie deposition. | | | | | | | | | | |
| | 3/6/2006 24424950 | 4/3/2006 | L100 | L110 | Billable | 7218756 | 0.00 | | 2.10 | $1,207.50 |
| Review client's documents re "in competition" issue. | | | | | | | | | | |
| | 3/16/2006 24428720 | 4/3/2006 | L100 | L110 | Billable | 7218756 | 0.00 | | 1.00 | $575.00 |
| Review files produced by PSI. | | | | | | | | | | |
| | 5/17/2006 24601412 | 5/30/2006 | L100 | L110 | Billable | 7237358 | 0.00 | | 0.60 | $345.00 |
| Review additional documents produced by PSI on May 17, 2006. | | | | | | | | | | |
| | 6/20/2006 24713382 | 6/28/2006 | L100 | L110 | Billable | 7253196 | 0.00 | | 0.30 | $172.50 |
| Review data from client regarding intra-state sources of fuel purchased by PSI from Valero. | | | | | | | | | | |
| | 6/30/2006 24754354 | 7/5/2006 | L100 | L110 | Billable | 7253196 | 0.00 | | 0.50 | $287.50 |
| Review MPSI materials supplied by client. | | | | | | | | | | |
| | 7/11/2006 24781160 | 8/1/2006 | L100 | L110 | Billable | 7254937 | 0.00 | | 0.50 | $287.50 |
| Conference call with Brenda Trumbull and Anthony Gavin re pricing issues. | | | | | | | | | | |

12/27/2006
4:45 PM
WIP Included: Unbilled, Billed
Time Included: Billable, NonBillable, Accountable

# Pillsbury Winthrop Shaw Pittman LLP
## Time Detail by Matter

From Transaction Date 8/1/2005  To Transaction Date 12/20/2006

Report: _TIME309
Page: 4

**Client**
**Matter**
**Timekeeper**

Esmaili, Ranah L.   15369

| Tran Date / Time # | Post Date | Phase | Task | WIP Stat | Billable Prebill/Bill# | To Bill Hours | To Bill Value | Billed Hours | Billed Value * |
|---|---|---|---|---|---|---|---|---|---|
| 7/12/2006  24845127 | 8/1/2006 | L100 | L110 | Billed | 7254937 | 0.00 | | 0.10 | $57.50 |

Conference call with Brenda Trumbull and Anthony Gavin re pricing issues. #

| 7/28/2006  24824443 | 8/1/2006 | L100 | L110 | Billed | 7254937 | 0.00 | | 0.20 | $115.00 |

Telephone conference MPSI re subpoena.

| 8/1/2006  24879507 | 8/10/2006 | L100 | L110 | Billed | 7262160 | 0.00 | | 0.20 | $115.00 |

Review correspondence re sources of mogas sold to PSI.

| 9/19/2006  25017335 | 9/20/2006 | L100 | L110 | Billable | 7282229 | 0.00 | | 0.50 | $287.50 |

Follow up re Hirbod facilities allowance payment issue.

| 10/5/2006  25173230 | 11/1/2006 | L100 | L110 | Billable | 7282233 | 0.00 | | 14.30 | $7,839.00 |

Review "zip code survey" provided by Durham.

| **TOTAL Timekeeper 07049** | | | | | | **0.00** | | **15.30** | **$8,414.00** |

| 11/27/2005  23965669 | 11/30/2005 | L100 | L110 | Billed | 7183624 | 0.00 | | 0.30 | $70.50 |

Review court order re: initial disclosure and meet and confer deadlines; confer with B. Phelps re: same.

| **TOTAL Timekeeper 15369** | | | | | | **0.00** | | **0.30** | **$70.50** |

| **Phtask_Task_Code L110 Totals** | | | | | | **0.00** | | **16.80** | **$8,706.50** |

Phelps, Robert C.   07049

| 9/29/2005  2374679 | 9/30/2005 | L100 | L120 | Billed | 7165900 | 0.00 | | 0.50 | $257.50 |

Discuss research projects and initial disclosures.

| **Phtask_Task_Code L120** | | | | | | **0.00** | | **0.50** | **$257.50** |

* Billed Value Column does not incorporate any premium or discount amount done at the time of billing.

12/27/2006
4:45 PM

**Pillsbury Winthrop Shaw Pittman LLP**
**Time Detail by Matter**

Report: TIME309
Page: 5

WIP Included: Unbilled, Billed
Time Included: Billable, NonBillable, Accountable

From Transaction Date 8/1/2005   To Transaction Date 12/20/2006

Client
Matter
Timekeeper

| Tran Date Time # | Post Date | Phase | Task | WIP Stat | Billable Prebill/Bill# | To Bill Hours | To Bill Value | Billed Hours | Billed Value * |
|---|---|---|---|---|---|---|---|---|---|
| 10/3/2005 23859800 | 10/31/2005 | L100 | L120 | Billed | Billable 7172675 | 0.00 | | 0.50 | $257.50 |
| *Discuss proposed discovery requests.* | | | | | | | | | |
| 10/4/2005 23860717 | 10/31/2005 | L100 | L120 | Billed | 7172675 | 0.00 | | 1.10 | $566.50 |
| *Review preliminary research re enforceability of consequential damage waiver (.7); discuss Robinson-Patman authority cited in Durham email (.4).* | | | | | | | | | |
| 10/25/2005 23863336 | 10/31/2005 | L100 | L120 | Billed | 7172675 | 0.00 | | 0.50 | $257.50 |
| *Discuss discovery plan and legal authorities provided by plaintiff's counsel.* | | | | | | | | | |
| 12/28/2005 24096347 | 1/3/2006 | L100 | L120 | Billed | 7189875 | 0.00 | | 0.50 | $257.50 |
| *Memo to client re timing summary judgment motion (.3); review Judge Armstrong's opinions re Rule 56(f) applications (.2).* | | | | | | | | | |
| 1/5/2006 24186141 | 2/1/2006 | L100 | L120 | Billed | 7200220 | 0.00 | | 3.10 | $1,782.50 |
| *Review research/case law re "functional availability" defense.* | | | | | | | | | |
| 1/11/2006 24208212 | 2/1/2006 | L100 | L120 | Billed | 7200220 | 0.00 | | 0.50 | $287.50 |
| *Review new Supreme Court Robinson-Patman case (Reeder-Simco).* | | | | | | | | | |
| 3/7/2006 24437136 | 4/4/2006 | L100 | L120 | Billed | 7229126 | 0.00 | | 2.30 | $1,322.50 |
| *Review pricing documents for possible production and to verify lack of Valero stations in PSI's price zones.* | | | | | | | | | |
| 5/16/2006 24601277 | 5/30/2006 | L100 | L120 | Billed | 7237358 | 0.00 | | 2.80 | $1,610.00 |
| *Review client materials to use in response to discovery requests and for possible use on summary judgment motion.* | | | | | | | | | |
| 5/23/2006 24601461 | 5/30/2006 | L100 | L120 | Billed | 7237358 | 0.00 | | 2.10 | $1,207.50 |
| *Review pricing and credit card information for use in possible summary judgment motion.* | | | | | | | | | |
| 6/6/2006 24665689 | 6/22/2006 | L100 | L120 | Billed | 7253196 | 0.00 | | 0.40 | $230.00 |
| *Correspondence with client re possible expert issues.* | | | | | | | | | |

# Pillsbury Winthrop Shaw Pittman LLP
## Time Detail by Matter

WIP Included: Unbilled, Billed
Time Included: Billable, NonBillable, Accountable

From Transaction Date 8/1/2005  To Transaction Date 12/20/2006

Client
Matter    05369
Timekeeper   Esmaili, Ranah L.

| Tran Date Time # | Post Date | Phase | Task | WIP Stat | Billable PrebillBill# | To Bill Hours | To Bill Value | Billed Hours | Billed Value * |
|---|---|---|---|---|---|---|---|---|---|
| 6/7/2006 24665935 | 6/22/2006 | L100 | L120 | Billed | Billable 7253196 | 0.00 | | 0.50 | $287.50 |
| Correspondence re potential witnesses/evidence re price zones, network issues and intrastate fuel production. | | | | | | | | | |
| 6/12/2006 24692528 | 6/22/2006 | L100 | L120 | Billed | Billable 7253196 | 0.00 | | 0.40 | $230.00 |
| Review client's documents for possible use as exhibits to summary judgment motion. | | | | | | | | | |
| 7/28/2006 24824433 | 8/1/2006 | L100 | L120 | Billed | Billable 7254937 | 0.00 | | 0.30 | $172.50 |
| Discuss case strategy with Karen Thompson. | | | | | | | | | |
| 9/21/2006 25064710 | 10/3/2006 | L100 | L120 | Billed | Billable 7282229 | 0.00 | | 0.50 | $287.50 |
| Review correspondence re proposed expert extension and respond. | | | | | | | | | |
| 9/29/2006 25064896 | 10/3/2006 | L100 | L120 | Billed | Billable 7282229 | 0.00 | | 0.10 | $57.50 |
| Follow up re Karen Thompson question regarding ▬▬▬▬▬▬ | | | | | | | | | |
| 10/25/2006 25165603 | 11/1/2006 | L100 | L120 | Billed | Billable 7282233 | 0.00 | | 0.50 | $287.50 |
| Conference call with client re case strategy. | | | | | | | | | |
| | | | | TOTAL Timekeeper 07049 | | 0.00 | | 16.60 | $9,359.00 |
| 9/9/2005 23681276 | 10/3/2005 | L100 | L120 | Billed | Billable 7165900 | 0.00 | | 0.40 | $94.00 |
| Conference with B. Phelps re: case strategy. | | | | | | | | | |
| 9/29/2005 23760958 | 10/3/2005 | L100 | L120 | Billed | Billable 7165900 | 0.00 | | 1.00 | $235.00 |
| Review complaint and R. Phelps emails with client, and confer with R. Phelps re: initial legal research and discovery strategy. | | | | | | | | | |
| 10/3/2005 23781711 | 10/11/2005 | L100 | L120 | Billable | Billable 7172675 | 0.00 | | 2.90 | $681.50 |
| Research whether sophistication the parties to a contract negates allegations of unconscionability of adhesion contracts. | | | | | | | | | |

* Billed Value Column does not incorporate any premium or discount amount done at the time of billing.

12/27/2006
4:45 PM

Case 4:05-cv-03526-SBA   Document 103   Filed 12/28/06   Page 21 of 49

Pillsbury Winthrop Shaw Pittman LLP
**Time Detail by Matter**

Report: _TIME309
Page: 7

WIP Included: Unbilled, Billed
Time Included: Billable, NonBillable, Accountable

From Transaction Date 8/1/2005  To Transaction Date 12/20/2006

| Client<br>Matter<br>Timekeeper | Tran Date<br>Time # | Post Date | Phase | Task | WIP Stat | Billable<br>Prebill/Bill# | To Bill Hours | To Bill Value | Billed Hours | Billed Value * |
|---|---|---|---|---|---|---|---|---|---|---|
| PH task_Task_Code: L140 | | | | | | | | | | |
| 02937 | | | | | | | | | | |
| Hunter, Donna F. | | | | | | | | | | |
| | 10/4/2005<br>23736029 | 10/11/2005 | L120 | | Billable | 7172675 | | | 0.40 | $94.00 |
| Conference call with opposing counsel re: recent Ninth Circuit caselaw re: whether expert testimony is required to show competitive impact; review email from opposing counsel with caselaw; confer with B. Phelps re: same. | | | | | | | | | | |
| | 10/18/2005<br>23817163 | 10/28/2005 | L120 | | Billed | 7172675 | | | 3.10 | $728.50 |
| Review opposing counsel's authority re: using experts for competitive impact analysis. | | | | | | | | | | |
| | 10/24/2005<br>23834903 | 10/28/2005 | L120 | | Billed | 7172675 | | | 1.60 | $376.00 |
| Review treatises re: price discrimination to determine whether expert witnesses are used to prove price discrimination or injury. | | | | | | | | | | |
| | 10/25/2005<br>23843151 | 10/28/2005 | L120 | | Billed | 7172675 | | | 1.60 | $376.00 |
| Review authorities re: elements to show a price discrimination claim; confer with B. Phelps re: next steps. | | | | | | | | | | |
| | | | | | | TOTAL Timekeeper 15369 | 0.00 | 0.00 | 11.00 | $2,585.00 |
| | | | | | | Phtask_Task_Code L120 Totals | 0.00 | 0.00 | 27.60 | $11,944.00 |
| | 9/18/2006<br>25068439 | 10/3/2006 | L100 | L140 | Billed | 7282229 | | | 0.00 | 0.00 |
| Prepared selected documents for production | | | | | | | | | | |
| | 9/26/2006<br>25068554 | 10/3/2006 | L100 | L140 | Billed | 7282229 | | | 1.00 | $125.00 |
| Preliminary Privilege log creation | | | | | | | | | | |
| | 9/27/2006<br>25069639 | 10/3/2006 | L100 | L140 | Billed | 7282229 | | | 4.00 | $500.00 |
| Preliminary Privilege log creation | | | | | | | | | | |
| | | | | | | TOTAL Timekeeper 02937 | 0.00 | 0.00 | 5.00 | $625.00 |
| 12482 | | | | | | | | | | |
| Mayfield, Tim | | | | | | | | | | |

12/27/2006
4:45 PM

WIP Included: Unbilled, Billed
Time Included: Billable, NonBillable, Accountable

**Pillsbury Winthrop Shaw Pittman LLP**
**Time Detail by Matter**

From Transaction Date 8/1/2005  To Transaction Date 12/20/2006

Report: _TIME309
Page: 8

Client
Matter      45788
Timekeeper  Losh, Andrew J.

| Tran Date / Time # | Post Date | Phase | Task | WIP Stat | Billable Prebill/Bill# | To Bill Hours | To Bill Value | Billed Hours | Billed Value * |
|---|---|---|---|---|---|---|---|---|---|
| 1/3/2006 24165140 | 2/1/2006 | L100 | L140 | Billed | 7200220 | 0.00 | | 0.00 | |
| Discuss and deliver database specifications to T. Haverfield-Schwartz. | | | | | | | | | |
| 1/4/2006 24165145 | 2/1/2006 | L100 | L140 | Billed | 7200220 | 0.00 | | 0.00 | |
| Communication with T. Haverfield-Schwartz to discuss conversion of Lotus Notes files. | | | | | | | | | |
| 3/23/2006 24434742 | 4/3/2006 | L100 | L140 | Billed | 7218756 | 0.00 | | 0.25 | $50.00 |
| Provide information to R. Esmaili and B. Patrick regarding access to databases for non-Pillsbury users. | | | | | | | | | |
| 6/20/2006 24757620 | 7/5/2006 | L100 | L140 | Billed | 7253196 | 0.00 | | 1.00 | $200.00 |
| Convert document production into PDF, burn to disk and deliver to R. Esmaili; prepare rough draft of privilege log and forward to R. Esmaili. | | | | | | | | | |
| 7/25/2006 24860161 | 8/1/2006 | L100 | L140 | Billed | 7254937 | 0.00 | | 0.50 | $100.00 |
| Research documents in database and provide results to B. Trumbull. | | | | | | | | | |
| 9/13/2006 25003276 | 9/15/2006 | L100 | L140 | Billed | 7282229 | 0.00 | | 0.00 | |
| Database administration and and user assistance. | | | | | | | | | |
| 10/16/2006 25131576 | 10/23/2006 | L100 | L140 | Billed | 7282233 | 0.00 | | 1.25 | $250.00 |
| Research MapInfo software, download and install software for R. Esmaili. | | | | | | | | | |
| 10/25/2006 25155298 | 10/30/2006 | L100 | L140 | Billed | 7282233 | 0.00 | | 3.00 | $600.00 |
| Update and index Valero discovery binders. | | | | | | | | | |
| TOTAL Timekeeper 12462 | | | | | | 0.00 | 0.00 | 8.00 | $1,225.00 |
| Phtask_Task_Code L140 Totals | | | | | | 0.00 | | 8.00 | $1,225.00 |

Phtask_Task_Code: L160
07049
Phelps, Robert C.

* Billed Value Column does not incorporate any premium or discount amount done at the time of billing.

12/27/2006
4:45 PM
WIP Included; Unbilled, Billed
Time Included: Billable, NonBillable, Accountable

**Pillsbury Winthrop Shaw Pittman LLP**
**Time Detail by Matter**
From Transaction Date 8/1/2005   To Transaction Date 12/20/2006

Report:_TIME309
Page: 9

Client
Matter
Timekeeper

| Tran Date / Time # | Post Date | Phase | Task | WIP Stat | Billable Prebill/Bill# | To Bill Hours | To Bill Value | Billed Hours | Billed Value* |
|---|---|---|---|---|---|---|---|---|---|
| 12/15/2005 / 24093887 | 1/3/2006 | L100 | L160 | Billed | 7189875 | 0.00 | | 0.20 | $103.00 |
| Correspondence re ADR order and CMC statement. | | | | | | | | | |
| 12/21/2005 / 24095839 | 1/3/2006 | L100 | L160 | Billed | 7189875 | 0.00 | | 0.30 | $154.50 |
| Correspondence with PSI's counsel re court request regarding ADR order. | | | | | | | | | |
| 1/9/2006 / 24207657 | 2/1/2006 | L100 | L160 | Billed | 7200220 | 0.00 | | 0.10 | $57.50 |
| Review order re magistrate judge reference. | | | | | | | | | |
| 1/10/2006 / 24207946 | 2/1/2006 | L100 | L160 | Billed | 7200220 | 0.00 | | 0.10 | $57.50 |
| Review order re referral to Magistrate Chen for settlement proceedings. | | | | | | | | | |
| 2/1/2006 / 24299662 | 3/1/2006 | L100 | L160 | Billable | 7208160 | 0.00 | | 0.60 | $345.00 |
| Correspondence with mediator re preliminary issues; review court order re pre-mediation conference. | | | | | | | | | |
| 2/2/2006 / 24299825 | 3/1/2006 | L100 | L160 | Billable | 7208160 | 0.00 | | 0.40 | $230.00 |
| Correspondence re mediation; correspondence with client re same. | | | | | | | | | |
| 2/7/2006 / 24301895 | 3/1/2006 | L100 | L160 | Billable | 7208160 | 0.00 | | 0.20 | $115.00 |
| Correspondence from mediator re timeline for voluntary ADR sessions. | | | | | | | | | |
| 4/28/2006 / 24516989 | 5/1/2006 | L100 | L160 | Billable | 7229126 | 0.00 | | 0.20 | $115.00 |
| Conference call with court appointed mediator re status of case. | | | | | | | | | |
| 5/4/2006 / 24638971 | 6/1/2006 | L100 | L160 | Billable | 7237358 | 0.00 | | 0.90 | $517.50 |
| Conference call with court mediator (0.5); correspondence with client regarding same (0.2); follow up regarding proposed mediation dates (0.2). | | | | | | | | | |
| 5/10/2006 / 24596126 | 5/26/2006 | L100 | L160 | Billed | 7237358 | 0.00 | | 0.40 | $230.00 |
| Correspondence with Durham and mediator re mediation deadline. | | | | | | | | | |

* Billed Value Column does not incorporate any premium or discount amount done at the time of billing.

12/27/2006
4:45 PM

Pillsbury Winthrop Shaw Pittman LLP
**Time Detail by Matter**

Report: _TIME309
Page: 10

WIP Included: Unbilled, Billed
Time Included: Billable, NonBillable, Accountable

From Transaction Date 8/1/2005   To Transaction Date 12/20/2006

Client
Matter
Timekeeper

| Tran Date | Post Date | Phase | Task | WIP Stat | Billable Prebill/Bill# | To Bill Hours | To Bill Value | Billed Hours | Billed Value * |
|---|---|---|---|---|---|---|---|---|---|
| 6/2/2006 | 7/5/2006 | L100 | L160 | Billed | 7253196 | 0.00 | | 0.20 | $115.00 |
| 24755692 | | | | | | | | | |
| Review order re settlement conference. | | | | | | | | | |
| 6/27/2006 | 7/5/2006 | L100 | L160 | Billed | 7253196 | 0.00 | | 0.40 | $230.00 |
| 24749615 | | | | | | | | | |
| Review order re settlement conference (2); memo to client re same (2). | | | | | | | | | |
| 9/14/2006 | 10/3/2006 | L100 | L160 | Billable | 7282229 | 0.00 | | 0.20 | $115.00 |
| 25070224 | | | | | | | | | |
| Correspondence with client re mediation (.1); correspondence with Durham re same (.1). | | | | | | | | | |
| 9/25/2006 | 9/29/2006 | L100 | L160 | Billable | 7282229 | 0.00 | | 0.80 | $460.00 |
| 25048243 | | | | | | | | | |
| Telephone conference Durham re mediation issues (.3); review correspondence re same (.2); telephone conference (2) Steven Goldstein re mediation (.3). | | | | | | | | | |
| 9/26/2006 | 9/29/2006 | L100 | L160 | Billable | 7282229 | 0.00 | | 0.20 | $115.00 |
| 25048474 | | | | | | | | | |
| Review court notice re mediation and final version of stipulation regarding mediation date. | | | | | | | | | |
| 11/6/2006 | 12/1/2006 | L100 | L160 | Billable | 7290543 | 0.00 | | 1.10 | $632.50 |
| 25270062 | | | | | | | | | |
| Correspondence from mediator (.1); draft mediation statement (1.0). | | | | | | | | | |
| 11/8/2006 | 12/1/2006 | L100 | L160 | Billable | 7290543 | 0.00 | | 3.60 | $2,070.00 |
| 25283401 | | | | | | | | | |
| Attend mediation session. | | | | | | | | | |
| 11/9/2006 | 12/1/2006 | L100 | L160 | Billable | 7290543 | 0.00 | | 0.10 | $57.50 |
| 25283635 | | | | | | | | | |
| Review order re mediation. | | | | | | | | | |
| 11/13/2006 | 12/1/2006 | L100 | L160 | Billable | 7290543 | 0.00 | | 0.10 | $57.50 |
| 25270281 | | | | | | | | | |
| Review settlement letter from Durham. | | | | | | | | | |
| 11/20/2006 | 12/1/2006 | L100 | L160 | Billable | 7290543 | 0.00 | | 0.20 | $115.00 |
| 25274758 | | | | | | | | | |
| Telephone conference Karen Thompson re settlement issues (.1); review correspondence from Durham re same (.1). | | | | | | | | | |
| | | | | | TOTAL Timekeeper 07049 | 0.00 | 0.00 | 10.30 | $5,892.50 |

* Billed Value Column does not incorporate any premium or discount amount done at the time of billing.

12/27/2006
4:45 PM

Pillsbury Winthrop Shaw Pittman LLP
**Time Detail by Matter**

Report: _TIME309
Page: 11

WIP Included: Unbilled, Billed
Time Included: Billable, NonBillable, Accountable

From Transaction Date 8/1/2005  To Transaction Date 12/20/2006

Client    15389
Matter
Timekeeper    Esmaili, Renah L.

| Tran Date | Post Date | Phase | Task | WIP Stat | Billable Prebill/Bill# | To Bill Hours | To Bill Value | Billed Hours | Billed Value * |
|---|---|---|---|---|---|---|---|---|---|
| 11/13/2006 25195697 | 11/8/2006 | L100 | | Billed | Billable 7290543 | 0.00 | | 3.40 | $1,241.00 |
| Review plaintiff's mediation statement (.3); research ADR Local Rules re: required contents of mediation statements (.3); draft and revise defendants' mediation statement (2.5); incorporate B. Phelps comments into same (.3). | | | | | | | | | |
| 11/8/2006 25195670 | 11/8/2006 | L100 | | Billed | 7290543 | 0.00 | | 5.00 | $1,825.00 |
| Confer with K. Thompson re: ▓▓▓▓▓▓▓▓ (.1); revise and prepare to serve mediation statement (.4); review documents provided by Latham and other documents provided by Valero for privilege and responsiveness to J. James' Sept. 18 order (4.5). | | | | | | | | | |
| 12/7/2006 25303434 | 12/7/2006 | L160 | | WIP | Billable | 5.00 | $1,825.00 | | |
| Draft letter to Magistrate Chen re: continuing settlement conference (.5); emails with B. Phelps re: call law clerk re: evidentiary objections (.2). | | | | | | | | | |
| 12/8/2006 25303420 | 12/13/2006 | L160 | | WIP | Billable | 0.70 | 255.50 | 0.00 | |
| Draft and revise stipulation and proposed order extending time to complete settlement conference (.7); confer with D. Durham re: approval of stipulation (.2); e-file same (.3). | | | | | | | | | |
| 12/12/2006 25313218 | 12/13/2006 | L160 | | WIP | Billable | 1.20 | 438.00 | 0.00 | |
| Call to Judge Armstrong's chambers to determine whether proposed order to extend settlement cut-off has been signed (.3); email B. Phelps re: same (.1); review PS's administrative application to file court reporter certifications (.2); research whether filing certifications late cures defect in authentication (.8). | | | | | | | | | |
| 12/13/2006 25318512 | 12/18/2006 | L160 | | WIP | Billable | 1.40 | 511.00 | 0.00 | |
| Calls with court clerks at Judge Armstrong and Chen's chambers re: rescheduling settlement conference (.4); confer with B. Phelps re: same (.2); confer with B. Phelps re: various pretrial motions to begin preparing and to discuss potential motions in limine and jury instructions for the Robinson-Patman claim (.4); redact privileged documents in preparation to produce pricing-related documents in response to Court Order (.9). | | | | | | | | | |
| | | | | | | 1.90 | 693.50 | 0.00 | |
| | | | | | Phtask_Task_Code L160 Totals | 5.20 | $1,898.00 | 0.00 | |
| | | | | | TOTAL Timekeeper 15389 | 5.20 | $1,898.00 | 8.40 | $3,066.00 |
| | | | | | Phtask_Task_Code 15389 | 5.20 | $1,898.00 | 18.70 | $8,958.50 |

Phtask_Task_Code:L210    L210
07049    Phelps, Robert C.

* Billed Value Column does not incorporate any premium or discount amount done at the time of billing.

Pillsbury Winthrop Shaw Pittman LLP

**Time Detail by Matter**

WIP Included: Unbilled, Billed
Time Included: Billable, NonBillable, Accountable

From Transaction Date 8/1/2005  To Transaction Date 12/20/2006

**Client** 15369    **Esmaili, Ranah L.**

**Matter**

| Timekeeper | Tran Date<br>Time # | Post Date | Phase | Task | WIP Stat | Billable<br>Prebill/Bill# | To Bill Hours | To Bill Value | Billed Hours | Billed Value * |
|---|---|---|---|---|---|---|---|---|---|---|
| | 9/15/2005<br>23763990 | 10/3/2005 | L200 | L210 | Billed | 7165900 | 0.00 | | 2.00 | $1,030.00 |
| Draft/revise answer to complaint. | | | | | | | | | | |
| | 9/23/2005<br>23761406 | 10/3/2005 | L200 | L210 | Billed | 7165900 | 0.00 | | 0.70 | $360.50 |
| Revise answer (.4); telephone conference Karen Thompson re same (.3). | | | | | | | | | | |
| | 9/26/2005<br>23746460 | 9/30/2005 | L200 | L210 | Billed | 7165900 | 0.00 | | 0.60 | $309.00 |
| Waiver of service forms (.5); telephone conference Durham re same (.1). | | | | | | | | | | |
| | 9/27/2005<br>23746508 | 9/30/2005 | L200 | L210 | Billed | 7165900 | 0.00 | | 0.90 | $463.50 |
| Telephone conference PSI counsel (.5); memo to client re same (.4). | | | | | | | | | | |
| | 10/27/2005<br>23863846 | 10/31/2005 | L200 | L210 | Billable | 7172675 | 0.00 | | 0.50 | $257.50 |
| Correspondence with client re answer (.2); telephone conference Durham re same (.3). | | | | | | | | | | |
| | 10/28/2005<br>23864311 | 10/31/2005 | L200 | L210 | Billable | 7172675 | 0.00 | | 0.20 | $103.00 |
| Correspondence re extension of time to answer and information needed for answer. | | | | | | | | | | |
| | 11/2/2005<br>23970873 | 12/1/2005 | L200 | L210 | Billable | 7183624 | 0.00 | | 0.50 | $257.50 |
| Correspondence with client regarding "interested parties" certification; review organization charts regarding same. | | | | | | | | | | |
| | 11/3/2005<br>23963996 | 11/29/2005 | L200 | L210 | Billable | 7183624 | 0.00 | | 3.10 | $1,596.50 |
| Draft/revise "interested party" certifications (0.4); draft answer for Valero Marketing and Supply (2.1); revise Valero Refining Answer (0.6). | | | | | | | | | | |
| | 11/7/2005<br>23964099 | 11/29/2005 | L200 | L210 | Billable | 7183624 | 0.00 | | 1.50 | $772.50 |
| Telephone call client's assistant regarding issue for answers (2) (0.4); revise answers and finalize for filing (1.1). | | | | | | | | | | |
| | | | | | TOTAL Timekeeper 07049 | | 0.00 | 0.00 | 10.00 | $5,150.00 |

* Billed Value Column does not incorporate any premium or discount amount done at the time of billing.

12/27/2006
4:45 PM

Pillsbury Winthrop Shaw Pittman LLP
**Time Detail by Matter**

Report: _TIME309
Page: 13

WIP Included: Unbilled, Billed
Time Included: Billable, NonBillable, Accountable

From Transaction Date 8/1/2005  To Transaction Date 12/20/2006

Client
Matter
Timekeeper

| Tran Date<br>Time # | Post Date | Phase | Task | WIP Stat | Billable<br>Prebill/Bill# | To Bill Hours | To Bill Value | Billed Hours | Billed Value * |
|---|---|---|---|---|---|---|---|---|---|
| 07049 | | | | | | | | | |
| Phelps, Robert C. | | | | | | | | | |
| Phtask_Task_Code: L230 | | | | | | | | | |
| 9/11/2005<br>23681791 | 10/3/2005 | L200 | L210 | Billed | 7165900 | | | 0.40 | $94.00 |
| Research affirmative defenses to price discrimination claim. | | | | | | | | | |
| 11/1/2005<br>23897463 | 11/29/2005 | L200 | L210 | Billed | 7183624 | | | 0.40 | $94.00 |
| Review client comments on draft answer to complaint and related emails. | | | | | | | | | |
| 11/7/2005<br>23908251 | 11/29/2005 | L200 | L210 | Billed | 7183624 | | | 1.00 | $235.00 |
| Draft and revise notice of appearance; confer with L. Pollitt re: same. | | | | | | | | | |
| | | | | TOTAL Timekeeper 15369 | | | | 1.80 | $423.00 |
| | | | | Phtask_Task_Code L210 Totals | | 0.00 | 0.00 | 11.80 | $5,573.00 |
| 12/1/2005<br>24092679 | 1/3/2006 | L200 | L230 | Billable | 7189875 | 0.00 | | 0.70 | $360.50 |
| Review PSI's initial meet and confer re CMC and ADR issues (.3); draft response (.4). | | | | | | | | | |
| 12/6/2005<br>24093543 | 1/3/2006 | L200 | L230 | Billable | 7189875 | 0.00 | | 1.10 | $566.50 |
| Telephone conference Karen Thompson re issues for CMC statement and witness/document disclosures (.3); correspondence with Durham re further revisions to CMC statement draft (.6); review correspondence to client re ADR certification (.2). | | | | | | | | | |
| 12/12/2005<br>24097001 | 1/3/2006 | L200 | L230 | Billable | 7189875 | 0.00 | | 1.00 | $515.00 |
| Discuss approach to disputed facts in case management statement (.5); review draft ADR stipulation/order (.3); correspondence with PSI counsel re ADR (.2). | | | | | | | | | |
| 12/13/2005<br>24098026 | 1/3/2006 | L200 | L230 | Billable | 7189875 | 0.00 | | 0.80 | $412.00 |
| Correspondence re ADR certification (.5); review filing notice re same (.3). | | | | | | | | | |
| 12/19/2005<br>24095149 | 1/3/2006 | L230 | Billed | | 7189875 | | | 2.40 | $1,236.00 |
| Draft/revise joint case management conference statement (2.0); memo to client re same (.2); review draft Rule 26(f) statement (.2). | | | | | | | | | |

12/27/2006
4:45 PM

Pillsbury Winthrop Shaw Pittman LLP
**Time Detail by Matter**

Report: _TIME309
Page: 14

WIP Included: Unbilled, Billed
Time Included: Billable, NonBillable, Accountable

From Transaction Date 8/1/2005  To Transaction Date 12/20/2006

Client
Matter  35369

| Timekeeper / Tran Date | Time # | Post Date | Phase | Task | WIP Stat | Billable Prebill/Bill# | To Bill Hours | To Bill Value | Billed Hours | Billed Value* |
|---|---|---|---|---|---|---|---|---|---|---|
| 12/22/2005 | 24095935 | 1/3/2006 | L200 | L230 | Billed | Billable 7189875 | 0.00 | | 2.20 | $1,133.00 |
| Work on joint case management conference statement and initial disclosures (1.2); review redrafts from PSI counsel (multiple) (1.0). | | | | | | | | | | |
| 12/23/2005 | 24103274 | 1/3/2006 | L200 | L230 | Billed | Billable 7189875 | 0.00 | | 1.80 | $927.00 |
| Telephone conference Durham (.4); review correspondence re case management conference report (.3); final revisions to CMC report and initial disclosures (.9); memo to client re Rule 26(f) report (.2). | | | | | | | | | | |
| 12/27/2005 | 24096190 | 1/3/2006 | L200 | L230 | Billed | Billable 7189875 | 0.00 | | 0.50 | $257.50 |
| Review draft Rule 26(f) report. | | | | | | | | | | |
| 12/28/2005 | 24096295 | 1/3/2006 | L200 | L230 | Billed | Billable 7189875 | 0.00 | | 0.20 | $103.00 |
| Review/revise Rule 26(f) report (.1); memo to client re filing (.1). | | | | | | | | | | |
| 1/4/2006 | 24185902 | 2/1/2006 | L200 | L230 | Billed | Billable 7200220 | 0.00 | | 1.70 | $977.50 |
| Prepare for case management conference (1.1); review order from court re change of date (.2); correspondence with opposing counsel re same (.4). | | | | | | | | | | |
| 1/5/2006 | 24186100 | 2/1/2006 | L200 | L230 | Billed | Billable 7200220 | 0.00 | | 0.50 | $287.50 |
| Attend case management conference. | | | | | | | | | | |
| **TOTAL Timekeeper 07049** | | | | | | | 0.00 | | 12.90 | $6,775.50 |
| Esmaili, Ranah L. | | | | | | | | | | |
| 12/5/2005 | 24012058 | 12/20/2005 | L200 | L230 | Billed | Billable 7189875 | 0.00 | | 0.50 | $117.50 |
| Review case management conference statement in preparation for call with K. Thompson; confer with B. Phelps re: same. | | | | | | | | | | |
| 12/6/2005 | 24012059 | 12/20/2005 | L200 | L230 | Billed | Billable 7189875 | 0.00 | | 2.70 | $634.50 |
| Conference call with K. Thompson and B. Phelps re ▮▮▮▮▮▮; confer with B. Phelps re: same; draft ADR Certification and letter to K. Thompson attaching same and ADR packet. | | | | | | | | | | |

* Billed Value Column does not incorporate any premium or discount amount done at the time of billing.

12/27/2006
4:45 PM

Report: _TIME309
Page: 15

**Pillsbury Winthrop Shaw Pittman LLP**
**Time Detail by Matter**

From Transaction Date 8/1/2005  To Transaction Date 12/20/2006

WIP Included: Unbilled, Billed
Time Included: Billable, NonBillable, Accountable

**Client**
**Matter**
**Timekeeper**

| Tran Date / Tran # | Post Date | Phase | Task | WIP Stat | Billable Prebill/Bill# | To Bill Hours | To Bill Value | Billed Hours | Billed Value * |
|---|---|---|---|---|---|---|---|---|---|
| 12/8/2005 / 24018552 | 12/20/2005 | L200 | L230 | Billed | Billable 7189875 | 0.00 | | 1.90 | $446.50 |
| Draft witness list for case management conference statement; confer with Roberto Barrantes re: familiarity of facilities allowances and PSI allowance specifically for purposes of statement; confer with B. Phelps re: same; review opposing counsel emails re: ADR options and discovery schedule. | | | | | | | | | |
| 12/9/2005 / 24020699 | 12/20/2005 | L200 | L230 | Billed | Billable 7189875 | 0.00 | | 0.40 | $94.00 |
| Confer with D. Durham re: CMC statement; confer with B. Phelps re: same and re: ADR certification. | | | | | | | | | |
| 12/12/2005 / 24026736 | 12/20/2005 | L200 | L230 | Billed | Billable 7189875 | 0.00 | | 0.50 | $117.50 |
| Confer with B. Phelps re: case management conference statement and joint ADR certificate; review emails from opposing counsel re: same. | | | | | | | | | |
| 12/13/2005 / 24031641 | 12/20/2005 | L200 | L230 | Billed | Billable 7189875 | 0.00 | | 0.50 | $117.50 |
| Confer with D. Durham (opposing counsel) re: joint ADR statement and case management issues, including discovery schedule; confer further with B. Phelps re: same; prepare joint ADR statement for filing. | | | | | | | | | |
| 12/15/2005 / 24037391 | 12/20/2005 | L200 | L230 | Billed | Billable 7189875 | 0.00 | | 0.60 | $141.00 |
| Work with opposing counsel to revise joint ADR stipulation and proposed order and prepare to file. | | | | | | | | | |
| 12/19/2005 / 24048418 | 12/20/2005 | L200 | L230 | Billed | Billable 7189875 | 0.00 | | 2.20 | $517.00 |
| Confer with K. Thompson re: CMC statement; confer with B. Phelps re: same; draft and revise Rule 26(f) report. | | | | | | | | | |
| 12/20/2005 / 24053561 | 12/23/2005 | L200 | L230 | Billed | Billable 7189875 | 0.00 | | 0.40 | $94.00 |
| Confer with B. Phelps re: case management deadlines. | | | | | | | | | |
| 12/21/2005 / 24056165 | 12/23/2005 | L200 | L230 | Billed | Billable 7189875 | 0.00 | | 2.40 | $564.00 |
| Revise Joint CMC statement per K. Thompson comments; conferences with B. Phelps and D. Durham to negotiate language of sections of joint statement; conferences with Theresa Haverfield-Schwartz and Barbara Trumble re: documents for initial disclosures; conferences with D. Durham re: ADR stipulation and proposed order. | | | | | | | | | |

* Billed Value Column does not incorporate any premium or discount amount done at the time of billing.

12/27/2006
4:45 PM

**Pillsbury Winthrop Shaw Pittman LLP**
**Time Detail by Matter**

Report: __TIME309
Page: 16

WIP Included: Unbilled, Billed
Time Included: Billable, NonBillable, Accountable

From Transaction Date 8/1/2005   To Transaction Date 12/20/2006

Client
Matter

| Timekeeper | Tran Date Time # | Post Date | Phase | Task | WIP Stat | Billable Prebill/Bill# | To Bill Hours | To Bill Value | Billed Hours | Billed Value* |
|---|---|---|---|---|---|---|---|---|---|---|
| Phelps, Robert C. | 12/22/2005 24062493 | 12/23/2005 | L200 | L230 | Billed | Billable 7189875 | 0.00 | | 1.60 | $376.00 |
| Revise drafts of case management conference statement; confer with opposing counsel and R. Phelps re: same and re: judge's request for electronic version of joint ADR stipulation and proposed order. | | | | | | | | | | |
| | 12/23/2005 24064530 | 12/23/2005 | L200 | L230 | Billed | Billable 7189875 | 0.00 | | 0.60 | $141.00 |
| Finalize and prepare to e-file joint case management statement; confer with D. Durham and B. Phelps re: same. | | | | | | | | | | |
| | 1/3/2006 24115145 | 2/1/2006 | L200 | L230 | Billed | Billable 7200220 | 0.00 | | 1.00 | $320.00 |
| Conference with R. Phelps re: case management conference and discovery issues; conferences with T. Haverfield-Schawartz (Valero) and T. Mayfield re: getting client's documents for review and production. | | | | | | | | | | |
| | | | | | TOTAL Timekeeper 15369 | | 0.00 | | 15.30 | $3,680.50 |
| | | | | | Phtask_Task_Code L230 Totals | | 0.00 | | 28.20 | $10,456.00 |
| Phelps, Robert C. | 5/11/2006 24635581 | 6/1/2006 | L200 | L240 | Billed | Billable 7237358 | 0.00 | | 3.20 | $1,840.00 |
| Work on draft summary judgment motion/outline (1.1); collect documents to support summary judgment theories (2.1). | | | | | | | | | | |
| | 6/7/2006 24665907 | 6/22/2006 | L200 | L240 | Billed | Billable 7253196 | 0.00 | | 1.30 | $747.50 |
| Continue work on outline of summary judgment motion. | | | | | | | | | | |
| | 10/1/2006 25164875 | 11/1/2006 | L200 | L240 | Billed | Billable 7282233 | 0.00 | | 4.50 | $2,587.50 |
| Telephone conference Karen Thompson re MPSI declaration (.2); telephone conference Blair Skelle re same (.2); continue drafting summary judgment papers (3.0); research re scope of test for "unfairness" under section 17200 in non-direct competitor cases (1.1). | | | | | | | | | | |
| | 10/12/2006 25173822 | 11/1/2006 | L200 | L240 | Billable | Billable 7282233 | 0.00 | | 1.80 | $1,035.00 |
| Review recent section 17200 cases re test for "unfairness" in non-consumer/non-competitor cases (1.3); revise section of brief to incorporate research results (.5). | | | | | | | | | | |

Phelps_Task_Code: L240
D7049

Phelps_Task_Code: L240

12/27/2006
4:45 PM

WIP Included: Unbilled, Billed
Time Included: Billable, NonBillable, Accountable

**Pillsbury Winthrop Shaw Pittman LLP**
**Time Detail by Matter**

Report: _TIME309
Page: 17

From Transaction Date 8/1/2005  To Transaction Date 12/20/2006

Client
Matter
Timekeeper

| Tran Date Time # | Post Date | Phase | Task | WIP Stat | Billable Prebill/Bill# | To Bill Hours | To Bill Value | Billed Hours | Billed Value* |
|---|---|---|---|---|---|---|---|---|---|
| **Continue work on summary judgment motion (1.5); review drafts of latest MPSI declaration and supporting materials (.4); correspondence re same (.2).** | | | | | | | | | |
| 10/17/2006 25173971 | 11/1/2006 | L200 | L240 | Billed | 7282233 | 0.00 | | 2.10 | $1,207.50 |
| **Continue drafting summary judgment papers (1.4); draft Blair Skellie declaration (.9); correspondence with Ms. Skellie re same (.2).** | | | | | | | | | |
| 10/18/2006 25174260 | 11/1/2006 | L200 | L240 | Billed | 7282233 | 0.00 | | 2.50 | $1,437.50 |
| **Continue work on summary judgment motion.** | | | | | | | | | |
| 10/19/2006 25165250 | 11/1/2006 | L200 | L240 | Billed | 7282233 | 0.00 | | 4.90 | $2,817.50 |
| **Continue drafting summary judgment papers and supporting documents.** | | | | | | | | | |
| 10/23/2006 25165299 | 11/1/2006 | L200 | L240 | Billed | 7282233 | 0.00 | | 4.80 | $2,760.00 |
| **Continue revisions to summary judgment papers (3.8); revise Skellie declaration (.3); telephone conference Karen Thompson re same (.1); review final MPSI declaration (.2).** | | | | | | | | | |
| 10/25/2006 25165622 | 11/1/2006 | L200 | L240 | Billed | 7282233 | 0.00 | | 4.40 | $2,530.00 |
| **Continue drafting/revising summary judgment papers and supporting declarations (5.3); review correspondence from MPSI re declaration (.2).** | | | | | | | | | |
| 10/26/2006 25165686 | 11/1/2006 | L200 | L240 | Billed | 7282233 | 0.00 | | 5.50 | $3,162.50 |
| **Revise/finalize summary judgment papers.** | | | | | | | | | |
| 10/27/2006 25165701 | 11/1/2006 | L200 | L240 | Billed | 7282233 | 0.00 | | 4.50 | $2,587.50 |
| **Telephone conference Durham and follow up re motion calendaring issue.** | | | | | | | | | |
| 10/30/2006 25174616 | 11/1/2006 | L200 | L240 | Billable | 7282233 | 0.00 | | 0.20 | $115.00 |
| **Review order re summary judgment hearing date.** | | | | | | | | | |
| 11/1/2006 25269851 | 12/1/2006 | L200 | L240 | Billed | 7290543 | 0.00 | | 0.10 | $57.50 |
| **Review Durham letter and attached documents re possible request for judicial notice re Valero Refining output (for section 21200 jurisdiction point).** | | | | | | | | | |
| 11/3/2006 25269991 | 12/1/2006 | L200 | L240 | Billable | 7290543 | 0.00 | | 0.50 | $287.50 |

* Billed Value Column does not incorporate any premium or discount amount done at the time of billing.

12/27/2006
4:45 PM

**Pillsbury Winthrop Shaw Pitman LLP**
**Time Detail by Matter**

Report: _TIME309
Page: 18

WIP Included: Unbilled, Billed
Time Included: Billable, NonBillable, Accountable

From Transaction Date 8/1/2005  To Transaction Date 12/20/2006

| Client / Matter / Timekeeper | Tran Date | Post Date | Phase | Task | WIP Stat | Billable Prebill/Bill# | To Bill Hours | To Bill Value | Billed Hours | Billed Value* |
|---|---|---|---|---|---|---|---|---|---|---|
| Esmaili, Ranah L. | | | | | | | | | | |
| Correspondence re filing MPSI documents under seal as part of PSI response to summary judgment motion.<br>25275121 | 11/21/2006 | 12/1/2006 | L200 | L240 | Billed | 7290543 | 0.00 | | 0.20 | $115.00 |
| Review PSI's response to summary judgment motion and supporting papers (1.4); begin drafting reply (1.9); research re jurisdictional and damage authorities cited by PSI (2.2); correspondence with client re summary judgment filing (.2).<br>25277780 | 11/27/2006 | 12/1/2006 | L200 | L240 | Billed | 7290543 | 0.00 | | 5.70 | $3,277.50 |
| Continue review papers filed by PSI in opposition to summary judgment motion (1.4); discuss strategy for reply (.2); begin research and drafting reply papers (4.9).<br>25275235 | 11/28/2006 | 12/1/2006 | L200 | L240 | Billed | 7290543 | 0.00 | | 6.50 | $3,737.50 |
| Continue drafting/revision summary judgment reply and supporting papers (5.7); telephone conference Marshall Wells (MPSI counsel) re motion to seal MPSI documents filed with Court (.2).<br>25275402 | 11/29/2006 | 12/1/2006 | L200 | L240 | Billed | 7290543 | 0.00 | | 5.90 | $3,392.50 |
| Continue draft/revise reply re summary judgment motion (3.5); review transcript of Ben-Zion expert deposition for possible use in reply (1.6); review order re filing MPSI documents under seal (.1).<br>25277917 | 11/30/2006 | 12/1/2006 | L200 | L240 | Billed | 7290543 | 0.00 | | 5.20 | $2,990.00 |
| **TOTAL Timekeeper 07049** | | | | | | | 0.00 | | 63.80 | $36,685.00 |
| Draft MPSI declaration in support of motion for summary judgment based on MPSI PZS manual and notes from calls with M. Wells.<br>25078126 | 10/2/2006 | 10/9/2006 | L200 | L240 | Billed | 7282233 | 0.00 | | 2.50 | $912.50 |
| Revise MPSI declaration to incorporate B. Phelps' comments; send to K. Thompson and Marshall Wells; review MPSI price zone maps in our document production; email to B. Trumball re: whether the maps are from 2003.<br>25078200 | 10/3/2006 | 10/9/2006 | L200 | L240 | Billed | 7282233 | 0.00 | | 1.70 | $620.50 |
| Calls to M. Wells re: MPSI declaration (.2); calls and emails with B. Phelps re: same (.2).<br>25081021 | 10/5/2006 | 10/9/2006 | L200 | L240 | Billed | 7282233 | 0.00 | | 0.40 | $146.00 |

* Billed Value Column does not incorporate any premium or discount amount done at the time of billing.

12/27/2006
4:45 PM

Pillsbury Winthrop Shaw Pittman LLP

Report: _TIME309
Page: 19

**Time Detail by Matter**

WIP Included: Unbilled, Billed
Time Included: Billable, NonBillable, Accountable

From Transaction Date 8/1/2005   To Transaction Date 12/20/2006

* Billed Value Column does not incorporate any premium or discount amount done at the time of billing.

Client/Matter/Timekeeper

| Tran Date Time # | Post Date | Phase | Task | WIP Stat | Billable Prebill/Bill# | To Bill Hours | To Bill Value | Billed Hours | Billed Value* |
|---|---|---|---|---|---|---|---|---|---|
| 10/9/2006 25086630 | 10/9/2006 | L200 | L240 | Billed | 7282233 | 0.00 | | 3.50 | $1,277.50 |
| 10/13/2006 25106817 | 10/16/2006 | L200 | L240 | Billable | 7282233 | 0.00 | | 1.30 | $474.50 |
| 10/16/2006 25131458 | 10/24/2006 | L200 | L240 | Billed | 7282233 | 0.00 | | 2.80 | $1,022.00 |
| 10/17/2006 25131300 | 10/24/2006 | L200 | L240 | Billable | 7282233 | 0.00 | | 2.00 | $730.00 |
| 10/19/2006 25129390 | 10/24/2006 | L200 | L240 | Billable | 7282233 | 0.00 | | 0.30 | $109.50 |
| 10/20/2006 25129367 | 10/24/2006 | L200 | L240 | Billable | 7282233 | 0.00 | | 2.00 | $730.00 |

Conference calls with M. Wells to discuss revisions to declaration of R. Gardner (MPSI) (.5); calls with B. Phelps re: same (.2); call with R. Barrantes re: Luis Valencia deposition (.1); revise declaration and send to B. Phelps (2.3); review MPSI production for price zone maps (.4).

Calls with M. Wells re: MPSI declaration and production (.3); confer with B. Phelps re: same (.2); revise and serve expert disclosures (.3); review and respond to emails from B. Trumbell re: Shimek and Trimble depositions (.3); review and send additional Latham productions to B. Patrick to load into Concordance for review and potential production (.2).

Calls with A. Gavin and M. Wells regarding MPSI declaration and whether price zone was split (1.2); calls with A. Gavin re: locating MPSI CD and price zone maps on CD (.2); email B. Phelps re: same and ▓▓▓▓▓▓▓▓ (.1); load MPSI CD onto desktop computer and work with B. Patrick and T. Mayfield to load software to view CD (.5); review MPSI CD (.5); call with M. Wells re: whether MPSI would appear at trial or prefer to be deposed and email B. Phelps re: same (.3).

Revise and send to M. Wells revised MPSI declaration (.6); call to M. Wells re: same (.2); emails with M. Wells to set up conference call to discuss same (.2); draft cover letter enclosing revised transcript to C. Sperry and K. Thompson and send same (.4); email B. Trumbell re: same (.1); draft letter to A. Gavin enclosing MPSI deliverable CD and email B. Phelps and L. Pollit re: same (.5).

Confer with B. Trumbell re: Shimek and Trimble depositions (.1); calls and emails with M. Wells to discuss MPSI declaration (.2).

Call with M. Wells re: MPSI declaration (.4); call to B. Phelps re: same (.1); emails with B. Phelps re: direct-supplied dealers (.2); review draft motion for summary judgment and make comments for B. Phelps (1.3).

12/27/2006
4:45 PM

Pillsbury Winthrop Shaw Pittman LLP

**Time Detail by Matter**

Report: _TIME309
Page: 20

WIP Included: Unbilled, Billed
Time Included: Billable, NonBillable, Accountable

From Transaction Date 8/1/2005   To Transaction Date 12/20/2006

| Client Matter Timekeeper | Tran Date | Post Date | Phase | Task | WIP Stat | Billable Prebill/Bill# | To Bill Hours | To Bill Value | Billed Hours | Billed Value * |
|---|---|---|---|---|---|---|---|---|---|---|
| | 10/23/2006 25134820 | 10/31/2006 | L200 | L240 | Billed | 7282233 | 0.00 | | 4.60 | $1,679.00 |
| Review and respond to emails from D. Durham and to B. Phelps re: outstanding joint discovery letter (.3); email B. Patrick re: whether all documents from Latham have been uploaded into concordance (.2); review and redline MPSI's revised declaration and discuss same with B. Phelps (.5); various calls with M. Wells to discuss MPSI declaration and walk through MPSI PZS CD and locate price zone maps on CD (.9); work with MPSI Map to locate price zone maps (.7); calls and emails with A. Gavin re: MPSI CD and declaration (.3); review emails from B. Trumball to confirm which alleged competitors are direct supplied dealers and email B. Phelps re: same (.3); review D. Durham emails re: documents he will seek judicial notice of (.3); confer with B. Phelps re: same and to give comments on draft motion for summary judgment (.5); draft declaration of A. Gavin in support of motion for summary judgment (.6). | | | | | | | | | | |
| | 10/24/2006 25162016 | 10/31/2006 | L200 | L240 | Billed | 7282233 | 0.00 | | 4.50 | $1,642.50 |
| Calls to A. Gavin re: finalizing declaration in support of motion for summary judgment (.2); research whether sophisticated business persons can claim unconscionability of contract terms for same (3.0); forward K. Thompson Court Order re: request for production nos. 64-65 (.2); email B. Phelps re: letter to M. Wells confirming MPSI's appearance at trial (.1); review MPSI's final declaration (.2); confer with M. Wells re: same (.1); revise and send B. Phelps A. Gavin declaration in support of motion for summary judgment (.3); emails and calls with A. Gavin re: email correspondence with MPSI and whether modifications we made to a price zone (.4). | | | | | | | | | | |
| | 10/25/2006 25161877 | 10/31/2006 | L200 | L240 | Billable | 7282233 | 0.00 | | 5.50 | $2,007.50 |
| Research local rules governing administrative applications (1.0); draft and revise administrative application to file documents under seal (.7); draft and revise declaration, stipulation and proposed order in support of same (.8); locate and gather all documentary and testimonial exhibits in support of motion for summary judgment (2.2); confirm that all authenticating deposition testimony for documents were included as exhibits to declaration (.3); organize exhibits for declaration (.5). | | | | | | | | | | |
| | 10/26/2006 25161867 | 10/31/2006 | L200 | L240 | Billable | 7282233 | 0.00 | | 5.30 | $1,934.50 |
| Research whether documents designated confidential under protective order are properly sealable (1.1); revise administrative application to file documents under seal, as well as declaration in support of application and proposed order granting application (2.2); create "under seal" version of declaration in support of motion for summary judgment (.9); research how to file documents under seal (.7); confer with L. Pollitt and B. Phelps re: same (.3). | | | | | | | | | | |
| | 10/30/2006 25161826 | 10/31/2006 | L200 | | Billed | | 0.00 | | 0.00 | |
| Research how to seek extension of motion cut-off, draft application and declaration in support of request for extension of motion cut-off. | | | | | | | | | | |

12/27/2006
4:45 PM

Pillsbury Winthrop Shaw Pittman LLP
**Time Detail by Matter**

Report: _TIME309
Page: 21

WIP Included: Unbilled, Billed
Time Included: Billable, NonBillable, Accountable

From Transaction Date 8/1/2005   To Transaction Date 12/20/2006

Client:
Matter:
Timekeeper

| Tran Date | Post Date | Phase | Task | WIP Stat | Billable Prebill/Bill# | To Bill Hours | To Bill Value | Billed Hours | Billed Value * |
|---|---|---|---|---|---|---|---|---|---|
| 10/31/2006 25167704 | 10/31/2006 | L200 | L240 | Billed | Billable 7282233 | 0.00 | | 0.90 | $328.50 |

Draft proposed order granting request to extend motion cut-off (.4); Finalize and e-file administrative application to extend motion cut-off and supporting papers (.5)

| 11/28/2006 25274710 | 12/1/2006 | L200 | L240 | Billed | Billable 7290543 | 0.00 | | 5.90 | $2,153.50 |

Meet with B. Phelps to discuss division of labor on reply in support of motion for summary judgment (.3); review opposition to motion for summary judgment and supporting documents and take notes on potential arguments and research questions (2.2); research whether under the Supply or Equipment Agreements notice is required to make changes to Credit Card Sales Guide (1.2); summarize same for use in reply brief (.5); research whether any provisions of the contracts expressly state that Valero is under no duty to use best and fastest processing (1.7)

| 11/30/2006 25273747 | 12/1/2006 | L200 | L240 | Billable 7290543 | | | | 4.90 | $1,788.50 |

Review plaintiffs' exhibits and declarations in opposition to motion for summary judgments for evidentiary objections; review all citations to exhibits cited in points and authorities in opposition to motion for accuracy.

| 12/1/2006 25295769 | 12/13/2006 | L200 | L240 | WIP | Billable | 6.10 | 2,226.50 | 0.00 | |

Draft objections to plaintiff's evidence (2.5); draft summary of all mischaracterizations of evidence in plaintiff's opposition brief (1.1); draft and revise settlement conference statement (2.2); review judge's standing order re: settlement conference statements (.3).

| 12/4/2006 25295580 | 12/13/2006 | L200 | L240 | WIP | Billable | 10.00 | 3,650.00 | 0.00 | |

Review deposition testimony to determine whether declarations in opposition of motion for summary judgment contradict prior testimony to create triable issue; revise objections to plaintiff's evidence; draft administrative application to file deposition transcript excerpts under seal; draft declaration, proposed order and notice of manual filing in support of same.

| 12/14/2006 25326905 | 12/18/2006 | L240 | WIP | Billable | | 1.20 | 438.00 | | |

Review Court's order granting defendants' motion for summary judgment; call with B. Phelps to K. Thompson re: same; confer with B. Phelps re: judgment and bill of costs.

| | | | | | Phtask_Task_Code L240 Totals | 17.30 | $6,314.50 | | |
| | | | | | TOTAL Timekeeper 15369 | 17.30 | $6,314.50 | 48.10 | $17,556.50 |
| | | | | | | 1.20 | 438.00 | 0.00 | |
| | | | | | | 10.00 | 3,650.00 | 0.00 | |
| | | | | | Phtask_Task_Code L250 Totals | | | 111.90 | $54,241.50 |

Phtask_Task_Code: L250
07049    Phelps, Robert C.

* Billed Value Column does not incorporate any premium or discount amount done at the time of billing.

12/27/2006
4:45 PM
WIP Included: Unbilled, Billed
Time Included: Billable, NonBillable, Accountable

Pillsbury Winthrop Shaw Pittman LLP
**Time Detail by Matter**
From Transaction Date 8/1/2005   To Transaction Date 12/20/2006

Report: _TIME309
Page: 22

Client
Matter
Timekeeper

| Tran Date Time # | Post Date | Phase | Task | WIP Stat | Billable Prebill/Bill# | To Bill Hours | To Bill Value | Billed Hours | Billed Value * |
|---|---|---|---|---|---|---|---|---|---|
| 1/6/2006 24195114 | 2/1/2006 | L200 | L250 | Billed | Billable 7200220 | 0.00 | | 0.30 | $172.50 |

Review orders from January 5, 2006, case management conference.

| 9/13/2006 25070014 | 10/3/2006 | L200 | L250 | Billed | Billable 7282229 | 0.00 | | 3.60 | $2,070.00 |

Work on summary judgment motion.

| 9/14/2006 25070345 | 10/3/2006 | L200 | L250 | Billed | Billable 7282229 | 0.00 | | 2.20 | $1,265.00 |

Continue drafting summary judgment papers.

| 9/15/2006 25070542 | 10/3/2006 | L200 | L250 | Billed | Billable 7282229 | 0.00 | | 1.40 | $805.00 |

Research re "failure to read" contract issue relating to PSI's "unconscionability" defense to summary judgment motion.

| 9/18/2006 25014953 | 9/19/2006 | L200 | L250 | Billable | 7282229 | 0.00 | | 2.50 | $1,437.50 |

Work on summary judgment motion.

| 9/19/2006 25017319 | 9/20/2006 | L200 | L250 | Billable | 7282229 | 0.00 | | 5.40 | $3,105.00 |

Continue drafting summary judgment papers.

| 9/21/2006 25084675 | 10/3/2006 | L200 | L250 | Billable | 7282229 | 0.00 | | 6.20 | $3,565.00 |

Review deposition transcripts for testimony to use in summary judgment motion.

| 9/25/2006 25048369 | 9/29/2006 | L200 | L250 | Billable | 7282229 | 0.00 | | 1.40 | $805.00 |

Continue work on summary judgment motion.

| 9/26/2006 25048397 | 9/29/2006 | L200 | L250 | Billable | 7282229 | 0.00 | | 2.90 | $1,667.50 |

Review Trimble deposition (.8); continue work on summary judgment motion (2.1).

| 9/27/2006 25064765 | 10/3/2006 | L200 | L250 | Billed | 7282229 | 0.00 | | 3.50 | $2,012.50 |

Work on summary judgment motion.

* Billed Value Column does not incorporate any premium or discount amount done at the time of billing.

12/27/2006
4:45 PM

**Pillsbury Winthrop Shaw Pittman LLP**
**Time Detail by Matter**

Report: _TIME309
Page: 23

WIP Included: Unbilled, Billed
Time Included: Billable, NonBillable, Accountable

From Transaction Date 8/1/2005  To Transaction Date 12/20/2006

Client
Matter 65369
Timekeeper

| Tran Date Time # | Post Date | Phase | Task | WIP Stat | PreBill/Bill# | To Bill Hours | To Bill Value | Billed Hours | Billed Value* |
|---|---|---|---|---|---|---|---|---|---|
| **Esmaili, Ranah L.** | | | | | | | | | |
| 9/29/2006 25064854 | 10/3/2006 | L200 | L250 | Billed | 7282229 | 0.00 | | 2.00 | $1,150.00 |
| Research re 9th Circuit case law on "functional availability" defense. | | | | | | | | | |
| 10/2/2006 25172791 | 11/1/2006 | L200 | L250 | Billed | 7282233 | 0.00 | | 4.30 | $2,472.50 |
| Continue drafting summary judgment brief (3.2); review Skellie deposition to determine what facts need to be supported by additional declaration from Skellie (1.1). | | | | | | | | | |
| 10/3/2006 25172870 | 11/1/2006 | L200 | L250 | Billed | 7282233 | 0.00 | | 4.00 | $2,300.00 |
| Review price zone maps and related materials for MPSI declaration and review draft MPSI declaration (1.2); continue drafting summary judgment brief (2.6); review correspondence between PSI counsel and MPSI counsel re possible production of additional MPSI data (2). | | | | | | | | | |
| 10/4/2006 25173177 | 11/1/2006 | L200 | L250 | Billed | 7282233 | 0.00 | | 0.10 | $57.50 |
| Review client's comments on draft MPSI Declaration. | | | | | | | | | |
| **TOTAL Timekeeper 07049** | | | | | | 0.00 | | 39.80 | $22,885.00 |
| 12/19/2006 25338047 | 12/22/2006 | L200 | L250 | WIP | Billable | 3.30 | 1,204.50 | 0.00 | |
| Review file and pacer to determine number of discovery requests defendants and plaintiff propounded, number of discovery motions plaintiff brought and how many of these were unsuccessful, number of depositions defendants noticed and other facts for purpose of attorneys' fees application; draft insert to attorneys' fees application. | | | | | | | | | |
| **TOTAL Timekeeper 15369** | | | | | | 3.30 | $1,204.50 | 0.00 | |
| **Phtask_Task_Code L250 Totals** | | | | | | 3.30 | $1,204.50 | 39.80 | $22,885.00 |
| Phelps, Robert C. 07049 | | | | | | | | | |
| **Phtask_Task_Code: L310** | | | | | | | | | |
| 12/2/2005 24097055 | 1/3/2006 | L300 | L310 | Billed | 7189875 | 0.00 | | 1.00 | $515.00 |
| Correspondence with PSI counsel re joint case management statement (.3); review Durham's initial draft statement (.5); correspondence with client re same (.2). | | | | | | | | | |

Pillsbury Winthrop Shaw Pittman LLP
**Time Detail by Matter**

Report: TIME309
Page: 24

WIP Included: Unbilled, Billed
Time Included: Billable, NonBillable, Accountable

From Transaction Date 8/1/2005   To Transaction Date 12/20/2006

| Client Matter Timekeeper / Tran Date Time # | Post Date | Phase | Task | WIP Stat | Billable Prebill/Bill# | To Bill Hours | To Bill Value | Billed Hours | Billed Value * |
|---|---|---|---|---|---|---|---|---|---|
| Review initial disclosure documents. | | | | | | | | | |
| 12/29/2005  24096519 | 1/3/2006 | L300 | L310 | Billed | 7189875 Billable | 0.00 | | 2.00 | $1,030.00 |
| Review discovery requests from plaintiff (.5); discuss logistics for Valero production of initial disclosure materials (.6). | | | | | | | | | |
| 1/4/2006  24185934 | 2/1/2006 | L300 | L310 | Billed | 7200220 Billable | 0.00 | | 1.10 | $632.50 |
| Review materials for response to discovery requests (1.0); begin drafting proposed responses (1.0); correspondence with Karen Thompson re contact information (.1). | | | | | | | | | |
| 1/9/2006  24207620 | 2/1/2006 | L300 | L310 | Billed | 7200220 Billable | 0.00 | | 2.10 | $1,207.50 |
| Correspondence with client re materials for discovery responses (.2); review documents from client (.6). | | | | | | | | | |
| 1/11/2006  24208131 | 2/1/2006 | L300 | L310 | Billed | 7200220 Billable | 0.00 | | 0.80 | $460.00 |
| Review draft correspondence with client re document collection. | | | | | | | | | |
| 1/17/2006  24195332 | 2/1/2006 | L300 | L310 | Billed | 7200220 Billable | 0.00 | | 0.20 | $115.00 |
| Telephone conference and follow-up re timing of discovery responses. | | | | | | | | | |
| 1/24/2006  24196841 | 2/1/2006 | L300 | L310 | Billed | 7200220 Billable | 0.00 | | 0.20 | $115.00 |
| Discuss status of discovery responses and review correspondence with client re same. | | | | | | | | | |
| 1/26/2006  24197149 | 2/1/2006 | L300 | L310 | Billed | 7200220 Billable | 0.00 | | 0.50 | $287.50 |
| Conference call re mediation issues. | | | | | | | | | |
| 2/6/2006  24300087 | 3/1/2006 | L300 | L310 | Billed | 7208160 Billable | 0.00 | | 0.80 | $460.00 |
| Review/revise draft responses to plaintiff's discovery requests; follow up re potential "in commerce" defense to Robinson-Patman claim; correspondence with client re same. | | | | | | | | | |
| 2/7/2006  24301660 | 3/1/2006 | L300 | L310 | Billed | 7208160 Billable | 0.00 | | 2.60 | $1,495.00 |

* Billed Value Column does not incorporate any premium or discount amount done at the time of billing.

12/27/2006
4:45 PM

**Pillsbury Winthrop Shaw Pittman LLP**
**Time Detail by Matter**

Report: _TIME309
Page: 25

WIP Included: Unbilled, Billed
Time Included: Billable, NonBillable, Accountable

From Transaction Date 8/1/2005   To Transaction Date 12/20/2006

Client
Matter
Timekeeper

| Tran Date / Time # | Post Date | Phase | Task | WIP Stat | Billable PreBill/Bill# | To Bill Hours | To Bill Value | Billed Hours | Billed Value* |
|---|---|---|---|---|---|---|---|---|---|
| 2/8/2006 / 24286573 | 2/28/2006 | L300 | L310 | Billed | 7208160 | 0.00 | | 5.90 | $3,392.50 |
| 2/9/2006 / 24286727 | 2/28/2006 | L300 | L310 | Billed | 7208160 | 0.00 | | 3.30 | $1,897.50 |
| 2/21/2006 / 24287544 | 2/28/2006 | L300 | L310 | Billed | 7208160 | 0.00 | | 0.70 | $402.50 |
| 2/28/2006 / 24300877 | 3/1/2006 | L300 | L310 | Billed | 7208160 | 0.00 | | 1.10 | $632.50 |
| 4/4/2006 / 24520922 | 5/1/2006 | L300 | L310 | Billable | 7229126 | 0.00 | | 0.50 | $287.50 |
| 4/5/2006 / 24521056 | 5/1/2006 | L300 | L310 | Billable | 7229126 | 0.00 | | 0.50 | $287.50 |
| 4/12/2006 / 24514602 | 5/1/2006 | L300 | L310 | Billable | 7229126 | 0.00 | | 0.80 | $460.00 |
| 4/12/2006 / 24514566 | 5/1/2006 | L300 | L310 | Billable | 7229126 | 0.00 | | 1.10 | $632.50 |
| 4/28/2006 / 24516844 | 5/1/2006 | L300 | L310 | Billable | 7229126 | 0.00 | | 2.70 | $1,552.50 |

Narrative descriptions (in order):

Draft/revise Valero Refining responses to document requests, interrogatories and requests for admissions; draft/revise Valero Marketing and Supply responses to document requests, interrogatories and requests for admissions; telephone conference Dave Williams re same.

information for discovery responses; telephone conference Elliot Bowytz re same.

Continue draft/revise discovery responses and review client's documents for possible use in discovery responses.

Review current drafts of discovery responses, proposed protective order and verification.

Discuss issues raised by PSI counsel re discovery responses; correspondence with Durham re same.

Review plaintiff's supplement to initial disclosure.

Review PSI's second wave of discovery requests.

Review PSI's draft joint letter re discovery motion (.5); work on Valero's inserts to joint brief (.3).

Work on response to PSI's second wave of discovery requests.

Draft discovery requests (interrogatories and document requests) (2.0); work on responses to PSI's second round of discovery requests (.7).

* Billed Value Column does not incorporate any premium or discount amount done at the time of billing.

12/27/2006
4:45 PM

Pillsbury Winthrop Shaw Pittman LLP
**Time Detail by Matter**

Report: _TIME309
Page: 26

WIP Included: Unbilled, Billed
Time Included: Billable, NonBillable, Accountable

From Transaction Date 8/1/2005  To Transaction Date 12/20/2006

Client
Matter
Timekeeper

| Tran Date<br>Time # | Post Date | Phase | Task | WIP Stat | Billable<br>Prebill/Bill# | To Bill Hours | To Bill Value | Billed Hours | Billed Value * |
|---|---|---|---|---|---|---|---|---|---|
| 5/1/2006<br>24595805 | 5/26/2006 | L300 | L310 | Billed | Billable<br>7237358 | 0.00 | | | |
| Continued review of documents for use in interrogatory responses (1.1); drafted responses to interrogatories and document requests (set 2) (2.1). | | | | | | | | 3.20 | $1,840.00 |
| 5/3/2006<br>24638910 | 6/1/2006 | L300 | L310 | Billed | Billable<br>7237358 | 0.00 | | | |
| Review/revise supplemental discovery responses. | | | | | | | | 0.70 | $402.50 |
| 5/10/2006<br>24596165 | 5/26/2006 | L300 | L310 | Billed | Billable<br>7237358 | 0.00 | | | |
| Discuss follow up/supplementary discovery responses. | | | | | | | | 0.70 | $402.50 |
| 5/16/2006<br>24601350 | 5/30/2006 | L300 | L310 | Billed | Billable<br>7237358 | 0.00 | | | |
| Review third set of interrogatories (0.2); correspondence with client regarding same (0.1). | | | | | | | | 0.30 | $172.50 |
| 5/17/2006<br>24601403 | 5/30/2006 | L300 | L310 | Billed | Billable<br>7237358 | 0.00 | | | |
| Correspondence with client regarding volume information for interrogatory responses. | | | | | | | | 0.10 | $57.50 |
| 5/22/2006<br>24596916 | 5/26/2006 | L300 | L310 | Billed | Billable<br>7237358 | 0.00 | | | |
| Review/revise supplemental discovery responses and responses to third set of interrogatories. | | | | | | | | 0.80 | $460.00 |
| 5/24/2006<br>24596965 | 5/26/2006 | L300 | L310 | Billed | Billable<br>7237358 | 0.00 | | | |
| Review third document request (.2); correspondence with Durham re error in proof of service (.3). | | | | | | | | 0.50 | $287.50 |
| 5/24/2006<br>24596990 | 5/26/2006 | L300 | L310 | Billed | Billable<br>7237358 | 0.00 | | | |
| Discuss issues for meet and confer with PSI's counsel (.5); review further revisions to supplemental discovery responses (.4). | | | | | | | | 0.90 | $517.50 |
| 5/31/2006<br>24623683 | 6/1/2006 | L300 | L310 | Billed | Billable<br>7237358 | 0.00 | | | |
| Review/revise draft interrogatory responses (0.5); correspondence with client regarding same (0.4); discuss issues regarding "in competition" issue and MPSI price zone definitions (0.2). | | | | | | | | 1.10 | $632.50 |
| 6/2/2006<br>24664498 | 6/22/2006 | L300 | L310 | Billable | | | 7253196 | 0.00 | |
| Discuss revisions to interrogatory responses | | | | | | | | 0.40 | $230.00 |

* Billed Value Column does not incorporate any premium or discount amount done at the time of billing.

12/27/2006
4:45 PM

WIP Included: Unbilled, Billed
Time Included: Billable, NonBillable, Accountable

**Pillsbury Winthrop Shaw Pittman LLP**
**Time Detail by Matter**

From Transaction Date 8/1/2005  To Transaction Date 12/20/2006

Report: _TIME309
Page: 27

**Client**
**Matter**
**Timekeeper**

| Description | Tran Date / Time # | Post Date | Phase | Task | WIP Stat | Billable Prebill/Bill# | To Bill Hours | To Bill Value | Billed Hours | Billed Value * |
|---|---|---|---|---|---|---|---|---|---|---|
| Review correspondence from client re proposed revisions to discovery responses. | 6/6/2006 24665864 | 6/22/2006 | L300 | L310 | Billed | 7253196 | 0.00 | | 0.30 | $172.50 |
| Discuss and review revisions to interrogatory responses. | 6/7/2006 24665903 | 6/22/2006 | L300 | L310 | Billed | 7253196 | 0.00 | | 0.70 | $402.50 |
| Review/revise supplemental responses to discovery requests. | 6/12/2006 24691051 | 6/22/2006 | L300 | L310 | Billed | 7253196 | 0.00 | | 0.60 | $345.00 |
| Review correspondence from Durham re confidentiality designations. | 6/13/2006 24693592 | 6/22/2006 | L300 | L310 | Billed | 7253196 | 0.00 | | 0.20 | $115.00 |
| Review final supplemental responses. | 6/14/2006 24692644 | 6/22/2006 | L300 | L310 | Billable | 7253196 | 0.00 | | 0.50 | $287.50 |
| Review new discovery request from PSI (.2); memo to client re same (.1) | 6/19/2006 24712968 | 6/28/2006 | L300 | L310 | Billable | 7253196 | 0.00 | | 0.30 | $172.50 |
| Review new discovery requests (.3); review/revise privilege log (.6); review/revise draft response to third document request (.4). | 6/21/2006 24713416 | 6/28/2006 | L300 | L310 | Billable | 7253196 | 0.00 | | 1.30 | $747.50 |
| Review price survey information supplied by client (.2); discuss status of outstanding requests and pending discovery letters (.3); conference call with client re same (.9); correspondence with opposing counsel re same (.2). | 6/22/2006 24713516 | 6/28/2006 | L300 | L310 | Billable | 7253196 | 0.00 | | 1.60 | $920.00 |
| Review price survey data from client. | 6/23/2006 24713711 | 6/28/2006 | L300 | L310 | Billable | 7253196 | 0.00 | | 0.50 | $287.50 |
| Review pricing survey and related information from client (.8); memo to client re electronic data formats (.2); follow up re PSI request to change confidentiality classification for certain documents (.2); correspondence with PSI's counsel re disclosure of documents designated "confidential" (.2). | 6/26/2006 24755505 | 7/5/2006 | L300 | L310 | Billable | 7253196 | 0.00 | | 1.40 | $805.00 |

* Billed Value Column does not incorporate any premium or discount amount done at the time of billing.

12/27/2006
4:45 PM

Pillsbury Winthrop Shaw Pittman LLP
**Time Detail by Matter**

Report:__TIME309
Page: 28

WIP Included: Unbilled, Billed
Time Included: Billable, NonBillable, Accountable

From Transaction Date 8/1/2005  To Transaction Date 12/20/2006

Client
Matter

| Timekeeper | Tran Date<br>Time # | Post Date | Phase | Task | WIP Stat | Billable<br>Prebill/Bill# | To Bill Hours | To Bill Value | Billed Hours | Billed Value * |
|---|---|---|---|---|---|---|---|---|---|---|
| Review sixth document request (.3); memo to client re same (.2). | 6/27/2006<br>24748761 | 7/5/2006 | L300 | L310 | Billed | Billable<br>7253196 | | 0.00 | 0.50 | $287.50 |
| Conference call with Karen Thompson, Brenda Trumbull and Blair Skeilla re discovery issues<br>(.5); discuss follow up (.3); review documents needed for 30(b)(6) designation (.2). | 6/30/2006<br>24754216 | 7/5/2006 | L300 | L310 | Billed | Billable<br>7253196 | | 0.00 | 1.00 | $575.00 |
| Review PSI interrogatories. | 7/5/2006<br>24844062 | 8/1/2006 | L300 | L310 | Billed | Billable<br>7254937 | | 0.00 | 0.40 | $230.00 |
| Correspond with client regarding same. | 7/5/2006<br>24844102 | 8/1/2006 | L300 | L310 | Billable | Billable<br>7254937 | | 0.00 | 0.10 | $57.50 |
| Review/revise draft discovery responses. | 7/6/2006<br>24844487 | 8/1/2006 | L300 | L310 | Billable | Billable<br>7254937 | | 0.00 | 1.00 | $575.00 |
| Correspondence with Durham re document production issues (.2); review correspondence<br>with client re availability of pricing data (.4). | 7/7/2006<br>24774845 | 8/1/2006 | L300 | L310 | Billable | Billable<br>7254937 | | 0.00 | 0.60 | $345.00 |
| Review additional document requests propounded by PSI (.2); review correspondence re<br>duplicated discovery requests (.2); discuss status of pending discovery disputes (.3). | 7/11/2006<br>24781107 | 8/1/2006 | L300 | L310 | Billable | Billable<br>7254937 | | 0.00 | 0.70 | $402.50 |
| Review/revise current drafts of multiple discovery responses. | 7/13/2006<br>24845285 | 8/1/2006 | L300 | L310 | Billable | Billable<br>7254937 | | 0.00 | 1.10 | $632.50 |
| Review/revise draft discovery responses (multiple). | 7/14/2006<br>24800420 | 8/1/2006 | L300 | L310 | Billable | Billable<br>7254937 | | 0.00 | 1.20 | $690.00 |
| Revisions to Valero Marketing discovery responses (1.0); draft Valero Refining responses<br>(.7). | 7/19/2006<br>24800657 | 8/1/2006 | L300 | L310 | Billable | Billable<br>7254937 | 0.00 | 0.00 | 1.70 | $977.50 |

* Billed Value Column does not incorporate any premium or discount amount done at the time of billing.

12/27/2006
4:45 PM

WIP Included: Unbilled, Billed
Time Included: Billable, NonBillable, Accountable

**Pillsbury Winthrop Shaw Pittman LLP**
**Time Detail by Matter**

From Transaction Date 8/1/2005   To Transaction Date 12/20/2006

Report: TIME309
Page: 29

| Client / Matter / Timekeeper | Tran Date | Time # | Post Date | Phase | Task | WIP Stat | Prebill/Bill# | To Bill Hours | To Bill Value | Billed Hours | Billed Value* |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Correspondence re finalizing discovery responses (.2); correspondence with Durham re verifications (.1). | 7/20/2006 | 24800697 | 8/1/2006 | L300 | L310 | Billed | 7254937 | 0.00 | | 0.30 | $172.50 |
| Correspondence re status of and changes to discovery responses (multiple) (.4); review proposed changes and incorporate into final documents (1.2). | 7/21/2006 | 24823943 | 8/1/2006 | L300 | L310 | Billed | 7254937 | 0.00 | | 1.60 | $920.00 |
| Correspondence with PSI counsel re documents produced on July 25. | 7/26/2006 | 24824152 | 8/1/2006 | L300 | L310 | Billed | 7254937 | 0.00 | | 0.30 | $172.50 |
| Correspondence with MPSI counsel re protective order. | 8/2/2006 | 24966258 | 9/1/2006 | L300 | L310 | Billable | 7262160 | 0.00 | | 0.30 | $172.50 |
| Review latest discovery requests from PSI (Sets 8-10) (.4); begin work on responses (.5). | 8/8/2006 | 24969686 | 9/1/2006 | L300 | L310 | Billable | 7262160 | 0.00 | | 0.90 | $517.50 |
| Review latest discovery requests (.3); discuss strategy for responses (.2). | 8/9/2006 | 24883723 | 9/1/2006 | L300 | L310 | Billable | 7262160 | 0.00 | | 0.30 | $172.50 |
| Review plaintiff's supplemental interrogatory response (.4); correspondence with client re same (.1); correspondence with PSI's counsel re request for additional interrogatories (.2). | 8/10/2006 | 24969988 | 9/1/2006 | L300 | L310 | Billable | 7262160 | 0.00 | | 0.70 | $402.50 |
| Follow up with client re information needed for supplemental discovery responses (.2); review additional requests from PSI (.4). | 8/10/2006 | 24969930 | 9/1/2006 | L300 | L310 | Billable | 7262160 | 0.00 | | 0.60 | $345.00 |
| Review Request for Admissions Set 3 (.1); correspondence with client re same (.1). | 8/11/2006 | 24894412 | 8/14/2006 | L300 | L310 | Billable | 7262160 | 0.00 | | 0.20 | $115.00 |
| Review latest discovery requests and related correspondence. | 8/15/2006 | 24906476 | 8/17/2006 | L300 | L310 | Billable | 7262160 | 0.00 | | 0.60 | $345.00 |

* Billed Value Column does not incorporate any premium or discount amount done at the time of billing.

12/27/2006
4:45 PM

WIP Included: Unbilled, Billed
Time Included: Billable, NonBillable, Accountable

**Pillsbury Winthrop Shaw Pittman LLP**
**Time Detail by Matter**

From Transaction Date 8/1/2005  To Transaction Date 12/20/2006

Report: _TIME309
Page: 30

Client:
Matter:
Timekeeper

| Tran Date / Tran # / Description | Post Date | Phase | Task | WIP Stat | Billable Prebill/Bill# | To Bill Hours | To Bill Value | Billed Hours | Billed Value * |
|---|---|---|---|---|---|---|---|---|---|
| **Review supplemental document responses and related correspondence.** 8/16/2006  24906880 | 8/17/2006 | L300 | L310 | Billed | 7262160 | 0.00 | | 0.30 | $172.50 |
| **Review/revise responses to discovery requests.** 8/28/2006  24943436 | 8/29/2006 | L300 | L310 | Billed | 7262160 | 0.00 | | 0.50 | $287.50 |
| **Review 13th document request (.1); telephone conference Durham (.1).** 8/29/2006  24950501 | 8/30/2006 | L300 | L310 | Billed | 7262160 | 0.00 | | 0.20 | $115.00 |
| **Review/revise supplemental response to seventh document request (.4); correspondence with Durham re discovery cut off issues (.2).** 9/5/2006  24976570 | 9/6/2006 | L300 | L310 | Billed | 7282229 | 0.00 | | 0.60 | $345.00 |
| 9/21/2006  25064716 | 10/3/2006 | L300 | L310 | Billable | 7282229 | 0.00 | | 0.20 | $115.00 |
| **Review correspondence re MPSI documents.** 9/25/2006  25048257 | 9/29/2006 | L300 | L310 | Billable | 7282229 | 0.00 | | 0.70 | $402.50 |
| **Review/revise amended discovery responses and responses to 13th document request.** 9/28/2006  25048612 | 9/29/2006 | L300 | L310 | Billable | 7282229 | 0.00 | | 0.20 | $115.00 |
| **Discuss verification issues re amended interrogatory responses.** 9/28/2006  25048538 | 9/29/2006 | L300 | L310 | Billable | 7282229 | 0.00 | | 0.20 | $115.00 |
| **Discuss with Durham PSI's failure to timely respond to Valero's second request for production.** 9/29/2006  25064983 | 9/29/2006 | L300 | L310 | Billable | 7282229 | 0.00 | | 0.20 | $115.00 |
| **Review PSI's response to Valero Second Document request.** 10/3/2006  25172964 | 10/3/2006 | L300 | L310 | Billable | 7282229 | 0.00 | | 0.20 | $115.00 |
| **Review correspondence from Latham counsel re additional pricing documents to be produced in PSI v. Valero.** 11/1/2006 | 11/1/2006 | L300 | L310 | Billable | 7282233 | 0.00 | | 0.10 | $57.50 |

12/27/2006
4:45 PM
WIP Included: Unbilled; Billed
Time Included: Billable; NonBillable; Accountable

**Pillsbury Winthrop Shaw Pittman LLP**
**Time Detail by Matter**
From Transaction Date 8/1/2005  To Transaction Date 12/20/2006

Report: _TIME309
Page: 31

Client
Matter 05369
Timekeeper

Esmaili, Ranah L.

| Tran Date Time # | Post Date | Phase | Task | Billable WIP Stat | Prebill/Bill# | To Bill Hours | To Bill Value | Billed Hours | Billed Value* |
|---|---|---|---|---|---|---|---|---|---|
| 10/3/2005 23781716 | 10/11/2005 | L300 | | Billed | Billable 7172675 | 0.00 | | 0.30 | $70.50 |

Review plaintiff's email and proposed informal requests for admissions.

| 12/28/2005 24073788 | 12/29/2005 | L300 | L310 | Billed | Billable 7189875 | 0.00 | | 0.80 | $188.00 |

Draft defendants' initial disclosures.

| 1/10/2006 24124349 | 2/1/2006 | L300 | L310 | Billed | Billable 7200220 | 0.00 | | 0.70 | $224.00 |

Confer with R. Phelps and B. Patrick re: CDs from client and loading into concordance; review same in concordance; confer with T. Haverfield-Schwartz re: arrival of CDs.

| 1/12/2006 24131932 | 2/1/2006 | L300 | L310 | Billed | Billable 7200220 | 0.00 | | 0.90 | $288.00 |

Conferences with R. Phelps re: obtaining price surveys, bay area Valero station lists and information re: Valero dealers' pool margins and re: drafting discovery requests aimed at determining relevant geographic market.

| 1/13/2006 24131944 | 2/1/2006 | L300 | L310 | Billed | Billable 7200220 | 0.00 | | 2.80 | $896.00 |

Review documents produced by plaintiff; review complaint and plaintiff's discovery requests in preparation for document review.

| 1/24/2006 24159909 | 2/1/2006 | L300 | L310 | Billed | Billable 7200220 | 0.00 | | 0.30 | $96.00 |

Confer with opposing counsel re: obtaining extension for discovery responses; confer with R. Phelps re: same.

| 2/7/2006 24282074 | 3/1/2006 | L300 | L310 | Billed | Billable 7208160 | 0.00 | | 2.60 | $832.00 |

Emails with client re: draft discovery responses; determine what type of production indices are easily generated from Concordance and discuss same and what fields to populate on indices with T. Haverfield-Schwartz; conference with D. Durham re: fax from magistrate's chambers.

| 2/8/2006 24282126 | 3/1/2006 | L300 | L310 | | Billable 7208160 | 0.00 | | 0.30 | $96.00 |

Email T. Haverfield-Schwartz re: options for creating indices for document production and fields to be populated.

TOTAL Timekeeper 07049        0.00        61.50    $35,182.50

* Billed Value Column does not incorporate any premium or discount amount done at the time of billing.

12/27/2006
4:45 PM

**Pillsbury Winthrop Shaw Pittman LLP**
**Time Detail by Matter**

Report:_TIME309
Page: 32

WIP Included: Unbilled, Billed
Time Included: Billable, NonBillable, Accountable

From Transaction Date 8/1/2005  To Transaction Date 12/20/2006

Client
Matter
Timekeeper

| Tran Date | Post Date | Phase | Task | WIP Stat | Billable Prebill/Bill# | To Bill Hours | To Bill Value | Billed Hours | Billed Value * |
|---|---|---|---|---|---|---|---|---|---|
| 2/9/2006 | 3/1/2006 | L300 | L310 | Billed | 7208160 | 0.00 | | 0.80 | $256.00 |

Edit draft discovery responses in preparation to send to client for review.

| 2/15/2006 | 3/1/2006 | L300 | L310 | Billed | 7208160 | 0.00 | | 2.00 | $640.00 |

Revise protective order; draft verifications and send to client for execution; emails from T. Haverfield-Schwartz re: Skellie deposition in other Valero matter.

| 2/16/2006 | 3/1/2006 | L300 | L310 | Billed | 7208160 | 0.00 | | 3.10 | $992.00 |

Confer with M. Morris and T. Haverfield-Schwartz re: comments to discovery responses; finalize responses to incorporate client comments; discuss responses to particular requests; finalize responses and verifications and prepare to serve.

| 4/5/2006 | 5/1/2006 | L300 | L310 | Billed | 7229126 | 0.00 | | 1.30 | $416.00 |

Review plaintiff's motion to compel and consider best arguments for opposition brief; calculate time to file opposition brief.

| 4/6/2006 | 5/1/2006 | L300 | L310 | Billable | 7229126 | 0.00 | | 0.50 | $160.00 |

Review letter from magistrate judge taking plaintiff's motion to compel off calendar and requiring in-person meet and confer and consider strategy re: same.

| 4/10/2006 | 5/1/2006 | L300 | L310 | Billed | 7229126 | 0.00 | | 2.90 | $928.00 |

Review meet and confer letters to determine which requests are easily resolved in advance of filing joint meet and confer letter; review Exxon/Valero sale and purchase agreement and draft email to Exxon seeking permission to produce table of contents; revise verifications to interrogatories; draft email to client to update on discovery dispute and re: consent decrees.

| 4/20/2006 | 5/1/2006 | L300 | L310 | Billed | 7229126 | 0.00 | | 0.90 | $288.00 |

Review Court Order requesting the parties to file separate joint letters concerning discovery dispute by category of request or subject matter; begin drafting responses to second set of discovery requests propounded by plaintiff.

| 5/3/2006 | 6/1/2006 | L300 | L310 | Billable | 7237358 | 0.00 | | 3.00 | $960.00 |

Review plaintiff's production and Valero documents in concordance database to locate communications to identify in defendants'responses to plaintiff's second set of interrogatories; locate sections of credit card sales guide supporting decision to withdraw facilities allowance.

12/27/2006
4:45 PM

Pillsbury Winthrop Shaw Pittman LLP

**Time Detail by Matter**

Report:__TIME309
Page: 33

WIP Included: Unbilled, Billed
Time Included: Billable, NonBillable, Accountable

From Transaction Date 8/1/2005   To Transaction Date 12/20/2006

Client
Matter

| Timekeeper | Tran Date Time # | Post Date | Phase | Task | WIP Stat | Prebill/Bill# | To Bill Hours | To Bill Value | Billed Hours | Billed Value * |
|---|---|---|---|---|---|---|---|---|---|---|
| Send all discovery-related documents to K. Thompson via email per her request. | 5/7/2006 24599280 | 6/1/2006 | L300 | L310 | Billed | Billable 7237358 | 0.00 | | 0.80 | $256.00 |
| Finalize and serve responses to second set of discovery requests and verifications to the interrogatories; confer with B. Trumbell re: verifications. | 5/8/2006 24599273 | 6/1/2006 | L300 | L310 | Billed | Billable 7237358 | 0.00 | | 0.90 | $288.00 |
| Draft defendants' responses to plaintiff's third set of discovery requests and verifications to the interrogatories; revise defendants' supplemental responses to the first set of discovery requests; confer with B. Trumbell re: gathering documents responsive to the third set of requests and supplemental responses to the first set; call K. Myers (Latham counsel in Ishaq) re: what documents tagged attorneys eyes only; confer with D. Durham re: meeting-and-conferring about Valero's responses to the second set of discovery requests. | 5/19/2006 24586294 | 6/1/2006 | L300 | L310 | Billed | Billable 7237358 | 0.00 | | 4.40 | $1,408.00 |
| Confer with B. Phelps re: meet and confer re: plaintiff's second set of requests for production and stipulation to extension of deadline to mediate; review D. Durham's email meet and confer and consider suggestions on to narrow requests; review credit card guides in plaintiffs' additional production and determine custodian of records at client likely to have further records of when credit card guides were sent. | 5/24/2006 24599025 | 6/1/2006 | L300 | L310 | Billed | Billable 7237358 | 0.00 | | 0.80 | $256.00 |
| Meet and confer in-person with D. Durham re: defendants' responses to second set of requests for production and ways to narrow the requests; confer with B. Phelps re: same; draft email summary of outcome of meeting with D. Durham. | 5/25/2006 24598975 | 6/1/2006 | L300 | L310 | Billed | Billable 7237358 | 0.00 | | 1.40 | $448.00 |
| Confer with B. Trumbell re: gasoline sales data; revise responses to third set of interrogatories accordingly; confer with B. Phelps re: same; emails to K. Thompson attaching responses to third set of interrogatories and supplemental responses to first set of discovery requests and seeking further documents responsive to plaintiff's various discovery requests. | 5/31/2006 24632617 | 6/1/2006 | L300 | L310 | Billed | Billable 7237358 | 0.00 | | 2.10 | $672.00 |
| Review PSI's responses to Valero's first set of discovery requests; email to K. Thompson re: obtaining Diane Williams' documents, information concerning distributor in PSI's price zone; send K. Thompson draft supplemental responses to first set of discovery requests and draft responses to third set of interrogatories; confer with B. Trumbell and B. Phelps re: same. | 6/1/2006 24653400 | 6/6/2006 | L300 | L310 | Billed | Billable 7253196 | 0.00 | | 0.40 | $128.00 |

* Billed Value Column does not incorporate any premium or discount amount done at the time of billing.

12/27/2006
4:45 PM

**Pillsbury Winthrop Shaw Pittman LLP**
**Time Detail by Matter**

Report:_TIME309
Page: 34

WIP Included: Unbilled, Billed
Time Included: Billable, NonBillable, Accountable

From Transaction Date 8/1/2005   To Transaction Date 12/20/2006

Client
Matter
Timekeeper

| Tran Date / Time # | Post Date | Phase | Task | WIP Stat | Billable PreBill/Bill# | To Bill Hours | To Bill Value | Billed Hours | Billed Value * |
|---|---|---|---|---|---|---|---|---|---|
| 6/5/2006 / 24653323 | 6/15/2006 | L300 | L310 | Billed | 7253196 | 0.00 | | 0.30 | $96.00 |
| Confer with B. Trumbell re: non-direct supplied Valero branded dealers in PSI's price zone; confer with B. Phelps re: same and whether to object to producing these dealer's information in discovery. | | | | | | | | | |
| 6/6/2006 / 24653406 | 6/15/2006 | L300 | L310 | Billed | 7253196 | 0.00 | | 1.40 | $448.00 |
| Confer with B. Trumbell re: numbers of distributor in any of PSI's price zones and K. Applegate's title at Valero Refining; revise responses to third set of interrogatories, volume history chart, and verification to interrogatories; send same to K. Thompson. | | | | | | | | | |
| 6/8/2006 / 24658317 | 6/15/2006 | L300 | L310 | Billed | 7253196 | 0.00 | | 0.50 | $160.00 |
| Review D. Durham's letter brief re: second set of document requests; confer with B. Phelps re: same; email to B. Trumbell re: credit card sales guides and exemplar records of credit card processing fees. | | | | | | | | | |
| 6/12/2006 / 24699107 | 6/27/2006 | L300 | L310 | Billable | 7253196 | 0.00 | | 1.20 | $384.00 |
| Revise supplemental responses to first set of requests for production and interrogatories and re-send to K. Thompson. | | | | | | | | | |
| 6/14/2006 / 24699175 | 6/27/2006 | L300 | L310 | Billable | 7253196 | 0.00 | | 5.00 | $1,600.00 |
| Conference calls with B. Trumbell and Jennifer Dishong re: ▮▮▮▮▮▮▮▮▮▮▮▮; confer with K. Thompson re: comments on supplemental responses to first set of discovery requests; revise same and serve; confer with B. Phelps re: final cut of document production and how designated non-responsive and privileged documents for purposes of production; call with B. Phelps and D. Durham re: plaintiffs claims re: credit card processing for purposes of discovery. | | | | | | | | | |
| 6/19/2006 / 24699519 | 6/27/2006 | L300 | L310 | Billed | 7253196 | 0.00 | | 0.30 | $96.00 |
| Review most recent set of discovery requests propounded by plaintiff; determine all outstanding discovery requests and calendar deadlines for responses. | | | | | | | | | |
| 6/26/2006 / 24748989 | 7/5/2006 | L300 | L310 | Billable | 7253196 | 0.00 | | 0.30 | $96.00 |
| Emails with B. Trumbell re: price surveys and third set of requests for production. | | | | | | | | | |
| 6/29/2006 / 24748020 | 7/5/2006 | L300 | L310 | Billed | 7253196 | 0.00 | | 2.00 | $640.00 |
| Begin drafting responses to plaintiff's fourth, fifth and sixth sets of discovery requests, second set of requests for admissions and fourth set of interrogatories, emails with B. Trumbell following up on incomplete and potentially privileged documents for production; review B. Trumbell emails with pricing spreadsheets. | | | | | | | | | |

* Billed Value Column does not incorporate any premium or discount amount done at the time of billing.

12/27/2006
4:45 PM

Pillsbury Winthrop Shaw Pittman LLP
**Time Detail by Matter**

Report: _TIME309
Page: 35

WIP Included: Unbilled, Billed
Time Included: Billable, NonBillable, Accountable

From Transaction Date 8/1/2005   To Transaction Date 12/20/2006

| Client Matter Timekeeper | Tran Date Time # | Post Date | Phase | Task | WIP Stat | Billable Prebill/Bill# | To Bill Hours | To Bill Value | Billed Hours | Billed Value * |
|---|---|---|---|---|---|---|---|---|---|---|
| Confer with B. Phelps re: outcome of call with B. Skellie and re: whether to produce pricing documents and exemplar records of credit card fees, and how to respond to requests seeking information pertaining to MPSI pricing surveys. | 6/30/2006 24747560 | 7/5/2006 | L300 | L310 | Billed | 7253196 | 0.00 | | 0.30 | $96.00 |
| Revise responses to fourth, fifth and sixth set of discovery responses, fourth set of interrogatories and second set of RFAs per recent discussions with B. Trumbell. | 7/5/2006 24781632 | 7/21/2006 | L300 | L310 | Billed | 7254937 | 0.00 | | 1.50 | $480.00 |
| Emails with B. Trumbell to determine how far back Valero has data for DTW pricing and price surveys and whether Valero has maps of price zones and origin of maps; confer with B. Phelps re: same. | 7/7/2006 24772476 | 7/21/2006 | L300 | L310 | Billed | 7254937 | 0.00 | | 1.00 | $320.00 |
| Revise responses to fourth, fifth and sixth sets of RFPs and third set of interrogatories in accordance with information from B. Trumbell re: availability of DTW and price survey information. Emails with B. Trumbell clarifying whether the stations PSI seeks pricing information about are direct supplied dealers or distributors, and whether have MPSI zone books or maps. | 7/7/2006 24781637 | 7/21/2006 | L300 | L310 | Billable | 7254937 | 0.00 | | 4.10 | $1,312.00 |
| Review emails from D. Durham re: his withdrawal of certain sets of discovery requests and service of others; email D. Durham for clarification; review all outstanding discovery requests and joint letters and requests by D. Durham re: in-person meet and confer; confer with B. Phelps re: same; call and email to B. Trumbell re: scheduling time to discuss scheduling depositions; review email from B. Trumbell re: interview with Rosemary Lee. | 7/11/2006 24772454 | 7/21/2006 | L300 | L310 | Billed | 7254937 | 0.00 | | 1.80 | $576.00 |
| Conference call with B. Trumbell and B. Phelps re: deposition schedule whether Valero maintains DTW prices from before July 2003, and how DTW pricing is done for distributors. | 7/12/2006 24781594 | 7/21/2006 | L300 | L310 | Billed | 7254937 | 0.00 | | 0.60 | $192.00 |
| Review emails from D. Durham and B. Trumbell re: depositions, discovery and expert issues; confer with B. Phelps re: upcoming depositions, discovery requests to amend and documents that must be loaded into concordance, bates stamped and produced. | 8/7/2006 24875148 | 8/8/2006 | L300 | L310 | Billed | 7262160 | 0.00 | | 1.50 | $547.50 |

* Billed Value Column does not incorporate any premium or discount amount done at the time of billing.